UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

| | |
|---|---|
| Praesum Healthcare Services, LLC, | Case No. 25-19335 |
|     Debtor. | Chapter 11 |
| _____/ | |
| Evolve Recovery Center, LLC, | Case No. 25-19336 |
|     Debtor. | Chapter 11 |
| _____/ | |
| Evolve Recovery Center at Millbury LLC, | Case No. 25-19340 |
|     Debtor. | Chapter 11 |
| _____/ | |
| Sunrise Detox Alpharetta, LLC, | Case No. 25-19343 |
|     Debtor. | Chapter 11 |
| _____/ | |
| Sunrise Detox Brentwood, LLC, | Case No. 25-19346 |
|     Debtor. | Chapter 11 |
| _____/ | |
| Sunrise Detox Cherry Hill, LLC, | Case No. 25-19348 |
|     Debtor. | Chapter 11 |
| _____/ | |
| Sunrise Detox Duluth, LLC, | Case No. 25-19356 |
|     Debtor. | Chapter 11 |
| _____/ | |
| Sunrise Detox III, LLC, | Case No. 25-19359 |
|     Debtor. | Chapter 11 |
| _____/ | |

| | |
|---|---|
| Sunrise Detox Millbury, LLC, | Case No. 25-19362 |
| Debtor. | Chapter 11 |
| _____/ | |
| Sunrise Detox Orlando, LLC, | Case No. 25-19363 |
| Debtor. | Chapter 11 |
| _____/ | |
| Sunrise Detox Toms River, LLC, | Case No. 25-19365 |
| Debtor. | Chapter 11 |
| _____/ | |
| The Counseling Center at Cherry Hill, LLC, | Case No. 25-19366 |
| Debtor. | Chapter 11 |
| _____/ | |
| The Counseling Center at Clark, LLC, | Case No. 25-19367 |
| Debtor. | Chapter 11 |
| _____/ | |
| The Counseling Center at Duluth, LLC, | Case No. 25-19368 |
| Debtor. | Chapter 11 |
| _____/ | |
| The Counseling Center at Fair Lawn, LLC, | Case No. 25-19337 |
| Debtor. | Chapter 11 |
| _____/ | |
| The Counseling Center at Freehold, LLC, | Case No. 25-19339 |
| Debtor. | Chapter 11 |
| _____/ | |

The Counseling Center at
Middlesex, LLC,                                    Case No. 25-19341

    Debtor.                           Chapter 11
_____/

The Counseling Center at
Robbinsville, LLC,                                 Case No. 25-19342

    Debtor.                           Chapter 11
_____/

The Counseling Center at
Roswell, LLC,                                      Case No. 25-19344

    Debtor.                           Chapter 11
_____/

The Counseling Center at
Roxbury, LLC,                                      Case No. 25-19345

    Debtor.                           Chapter 11
_____/

The Counseling Center at
the Brunswicks, LLC,                               Case No. 25-19347

    Debtor.                           Chapter 11
_____/

The Counseling Center at
Toms River, LLC,                                   Case No. 25-19349

    Debtor.                           Chapter 11
_____/

The Counseling Center at
West Caldwell, LLC,                                Case No. 25-19351

    Debtor.                           Chapter 11
_____/

The Counseling Center at
Yorktown Heights, LLC,                             Case No. 25-19352

    Debtor.                           Chapter 11
_____/

Beacon Point Recovery
Center LLC,                                          Case No. 25-19354

      Debtor.                              Chapter 11
_____/

Sunrise Detoxification
Center, LLC,                                         Case No. 25-19355

      Debtor.                              Chapter 11
_____/

Sunrise Detox II, LLC,                              Case No. 25-19357

      Debtor.                              Chapter 11
_____/

The Counseling Center at
Millbury, LLC,                                       Case No. 25-19358

      Debtor.                              Chapter 11
_____/

## *EX PARTE* MOTION FOR JOINT ADMINISTRATION
## OF RELATED CHAPTER 11 CASES

      The following 28 Debtors, (1) Praesum Healthcare Services, LLC, (2) Evolve Recovery Center, LLC, (3) Evolve Recovery Center at Millbury LLC, (4) Sunrise Detox Alpharetta, LLC, (5) Sunrise Detox Brentwood, LLC, (6) Sunrise Detox Cherry Hill, LLC, (7) Sunrise Detox Duluth, LLC, (8) Sunrise Detox III, LLC, (9) Sunrise Detox Millbury, LLC, (10) Sunrise Detox Orlando, LLC, (11) Sunrise Detox Toms River, LLC, (12) The Counseling Center at Cherry Hill, LLC, (13) The Counseling Center at Clark, LLC, (14) The Counseling Center at Duluth, LLC, (15) The Counseling Center at Fair Lawn, LLC, (16) The Counseling Center at Freehold, LLC, (17) The Counseling Center at Middlesex, LLC, (18) The Counseling Center at Robbinsville, LLC, (19) The Counseling Center at Roswell, LLC, (20) The Counseling Center at Roxbury, LLC, (21) The Counseling Center at the Brunswicks, LLC, (22) The Counseling Center at Toms River, LLC,

(23) The Counseling Center at West Caldwell, LLC, (24) The Counseling Center at Yorktown Heights, LLC, (25) Beacon Point Recovery Center LLC, (26) Sunrise Detoxification Center, LLC, (27) Sunrise Detox II, LLC, and (28) The Counseling Center at Millbury, LLC (collectively, the "**Debtors**"), pursuant to Fed. R. Bankr. P. 1015(b), and Local Rules 1015-1, 5005-1, 9004-2 and 9013-1(C)(14), request that their cases be jointly administered as set forth below.

## BACKGROUND

1.     On August 13, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*

2.     Pursuant to Bankruptcy Code sections 1107(a) and 1108, all of the Debtors are operating their businesses and managing their affairs as debtors-in possession.

3.     As of the filing of this Motion, no trustee, examiner or committee has been appointed in these chapter 11 cases.

4.     The Debtors share common management and ownership.  The Debtor Praesum Healthcare Services, LLC is owned by Timothy Doran and Morgan Poncy and managed by Timothy Doran. The other 27 Debtors are owned and managed by non-debtor Praesum Health, LLC. Praesum Health, LLC is owned and managed by non-debtor Praesum, LLC. Praesum, LLC is owned by Timothy Doran, Morgan Poncy, and others and managed by Timothy Doran.

5.     . The Debtors have the same secured creditor.

6.     Fed. R. Bankr. P. 1015(b) provides in relevant part, that "[i]f a joint petition or two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the Court may order a joint administration of the estates." Bankruptcy Rule 1015 promotes the fair and efficient administration of multiple cases of affiliated debtors, like here, while protecting the rights of individual creditors. *See In re GlycoGenesys, Inc.,* 352 B.R. 568 (Bankr. D. Mass. 2006); *In re*

*PL Liquidation Corp.,* 305 B.R. 629, 633 (Bnakr. D. Del. 2004); *In re N.S. Garrott & Sons,* 63 B.R. 189, 191 (Bankr. E.D. Ark. 1986); *In re H&S Trans. Co.,* 55 B.R. 786, 791 (Bankr. M.D. Tenn. 1982).

7.      Joint administration will permit the Clerk of Court to utilize a single general docket for these cases and combine notices to creditors of the Debtors' respective estates and other parties in interest.  The Debtors anticipate that notices, motions and other filings in these cases will affect many common parties.  Joint administration will permit counsel for all parties in interest to include the Debtors' respective cases in a single caption on the numerous documents that will be filed and served in these cases.  Joint administration also will enable parties in interest in each of the Chapter 11 cases to be apprised of the various matters before the Court in all of these cases.

8.      The Debtors submit that the joint administration of their will not give rise to any conflict of interest among the estates of the cases to be jointly administered.

9.      Accordingly, the Debtors request that one docket be maintained for these thirty cases, under Praesum Healthcare Services, LLC, Case No. 25-19335-EPK. The Debtors request the Court approve the caption in the proposed order attached hereto as **Exhibit A**.

10.      A proposed order granting the relief requested herein will be uploaded to the Court.

**WHEREFORE,** the Debtors respectfully request that this Court enter an order substantially in the form attached hereto as **Exhibit A** (1) granting the Motion; (2) ordering the joint administration of the Debtors' cases under the Lead Case Praesum Healthcare Services, LLC, Case No. 25-19335-EPK; (3) approving the form of caption used in the proposed order; and (4) granting any further relief as the Court may deem just and proper.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via

Notice of Electronic Filing to those parties registered to receive electronic noticing in this case on

August 13, 2025.

Respectfully submitted,

**SHRAIBERG PAGE, P.A.**
Attorneys for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: bss@slp.law

By: */s/ Bradley S. Shraiberg*
        Bradley S. Shraiberg
        Florida Bar No. 121622

"EXHIBIT A"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

Praesum Healthcare Services, LLC,[1]          Case No. 25-19335
(Jointly Administered)

      Debtors.                                              Chapter 11

_____/

## <u>ORDER JOINTLY ADMINISTERING CHAPTER 11 CASES</u>

    This matter came before the Court upon the *Ex Parte Motion to Jointly Administer Chapter*

*11 Cases* [ECF No. 3] (the "Motion") filed by (1) Praesum Healthcare Services, LLC, (2) Evolve

---

[1] The 28 Debtors in these jointly administered cases are: (1) Praesum Healthcare Services, LLC; (2) Evolve Recovery Center, LLC; (3) Evolve Recovery Center at Millbury LLC; (4) Sunrise  Detox Alpharetta, LLC; (5) Sunrise Detox Brentwood, LLC; (6) Sunrise Detox Cherry Hill, LLC; (7) Sunrise Detox Duluth, LLC; (8) Sunrise Detox III, LLC; (9) Sunrise Detox Millbury, LLC; (10) Sunrise Detox Orlando, LLC; (11) Sunrise Detox Toms River, LLC; (12) The Counseling Center at Cherry Hill, LLC; (13) The Counseling Center at Clark, LLC; (14) The Counseling Center at Duluth, LLC; (15) The Counseling Center at Fair Lawn, LLC; (16) The Counseling Center at Freehold, LLC; (17) The Counseling Center at Middlesex, LLC; (18) The Counseling Center at Robbinsville, LLC; (19) The Counseling Center at Roswell, LLC; (20) The Counseling Center at Roxbury, LLC; (21) The Counseling Center at Brunswicks, LLC; (22) The Counseling Center at Toms River, LLC; (23) The Counseling Center at West Caldwell, LLC; (24) The Counseling Center at Yorktown Heights, LLC; (25) Beacon Point Recovery Center LLC; (26) Sunrise Detoxification Center, LLC; (27) Sunrise Detox II, LLC; and (28) The Counseling Center at Millbury, LLC.

Recovery Center, LLC, (3) Evolve Recovery Center at Millbury LLC, (4) Sunrise Detox Alpharetta, LLC, (5) Sunrise Detox Brentwood, LLC, (6) Sunrise Detox Cherry Hill, LLC, (7) Sunrise Detox Duluth, LLC, (8) Sunrise Detox III, LLC, (9) Sunrise Detox Millbury, LLC, (10) Sunrise Detox Orlando, LLC, (11) Sunrise Detox Toms River, LLC, (12) The Counseling Center at Cherry Hill, LLC, (13) The Counseling Center at Clark, LLC, (14) The Counseling Center at Duluth, LLC, (15) The Counseling Center at Fair Lawn, LLC, (16) The Counseling Center at Freehold, LLC, (17) The Counseling Center at Middlesex, LLC, (18) The Counseling Center at Robbinsville, LLC, (19) The Counseling Center at Roswell, LLC, (20) The Counseling Center at Roxbury, LLC, (21) The Counseling Center at the Brunswicks, LLC, (22) The Counseling Center at Toms River, LLC, (23) The Counseling Center at West Caldwell, LLC, (24) The Counseling Center at Yorktown Heights, LLC, (25) Beacon Point Recovery Center LLC, (26) Sunrise Detoxification Center, LLC, (27) Sunrise Detox II, LLC, and (28) The Counseling Center at Millbury, LLC (together, the "Debtors") pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1(A(2).

The cases identified in the caption of this order are pending in this court by or against a debtor and an affiliate. It appears that these cases should be jointly administered as authorized under Bankruptcy Rule 1015 and Local Rule 1015-1.

Accordingly, it is **ORDERED** that:

1.      The Motion [ECF No. 3] is GRANTED.

2.      These cases shall be jointly administered. Case No. 25-19335-EPK is designated the "lead case."

3.      A single case docket and court file will be maintained hereafter under the "lead case" number.

4.      Pleadings filed in other than the lead case shall be captioned under the lead case name(s) and case number followed by the words "(Jointly Administered)" and beneath that caption, the case names and numbers for the cases in which the document is being filed. Claims filed shall indicate only the case name and number of the case in which the claim is asserted. Separate claims registers shall be maintained for each case. Ballots shall be styled and filed only in the case name and number of the member case for which the plan being voted on was filed.

5.      The debtor-in-possession will not commingle assets or liabilities unless and until it is determined, after notice and hearing, that these cases involve the same debtor or that another ground exists to order substantive consolidation of these cases.

6.      The caption of this Order is hereby approved for use on any papers filed in these jointly administered cases.

###

Submitted by:

Bradley S. Shraiberg, Esq.
**SHRAIBERG PAGE P.A.**
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
bss@slp.law

*Bradley S. Shraiberg, Esq. is directed to serve a copy of this order on all parties of record and file a certificate of service with the Court.*