UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

| | |
|---|---|
| Praesum Healthcare Services, LLC, | Case No. 25-19335 |
|     Debtor. | Chapter 11 |
| _____/ | |
| Evolve Recovery Center, LLC, | Case No. 25-19336 |
|     Debtor. | Chapter 11 |
| _____/ | |
| Evolve Recovery Center at Millbury LLC, | Case No. 25-19340 |
|     Debtor. | Chapter 11 |
| _____/ | |
| Sunrise Detox Alpharetta, LLC, | Case No. 25-19343 |
|     Debtor. | Chapter 11 |
| _____/ | |
| Sunrise Detox Brentwood, LLC, | Case No. 25-19346 |
|     Debtor. | Chapter 11 |
| _____/ | |
| Sunrise Detox Cherry Hill, LLC, | Case No. 25-19348 |
|     Debtor. | Chapter 11 |
| _____/ | |
| Sunrise Detox Duluth, LLC, | Case No. 25-19356 |
|     Debtor. | Chapter 11 |
| _____/ | |
| Sunrise Detox III, LLC, | Case No. 25-19359 |
|     Debtor. | Chapter 11 |
| _____/ | |
| Sunrise Detox Millbury, LLC, | Case No. 25-19362 |
|     Debtor. | Chapter 11 |
| _____/ | |
| Sunrise Detox Orlando, LLC, | Case No. 25-19363 |
|     Debtor. | Chapter 11 |
| _____/ | |
| Sunrise Detox Toms River, LLC, | Case No. 25-19365 |
|     Debtor. | Chapter 11 |
| _____/ | |

| | |
|---|---|
| The Counseling Center at Cherry Hill, LLC, | Case No. 25-19366 |
|     Debtor. _____/ | Chapter 11 |
| The Counseling Center at Clark, LLC, | Case No. 25-19367 |
|     Debtor. _____/ | Chapter 11 |
| The Counseling Center at Duluth, LLC, | Case No. 25-19368 |
|     Debtor. _____/ | Chapter 11 |
| The Counseling Center at Fair Lawn, LLC, | Case No. 25-19337 |
|     Debtor. _____/ | Chapter 11 |
| The Counseling Center at Freehold, LLC, | Case No. 25-19339 |
|     Debtor. _____/ | Chapter 11 |
| The Counseling Center at Middlesex, LLC, | Case No. 25-19341 |
|     Debtor. _____/ | Chapter 11 |
| The Counseling Center at Robbinsville, LLC, | Case No. 25-19342 |
|     Debtor. _____/ | Chapter 11 |
| The Counseling Center at Roswell, LLC, | Case No. 25-19344 |
|     Debtor. _____/ | Chapter 11 |
| The Counseling Center at Roxbury, LLC, | Case No. 25-19345 |
|     Debtor. _____/ | Chapter 11 |
| The Counseling Center at the Brunswicks, LLC, | Case No. 25-19347 |
|     Debtor. _____/ | Chapter 11 |

| | |
|---|---|
| The Counseling Center at Toms River, LLC, | Case No. 25-19349 |
| Debtor. _____/ | Chapter 11 |
| The Counseling Center at West Caldwell, LLC, | Case No. 25-19351 |
| Debtor. _____/ | Chapter 11 |
| The Counseling Center at Yorktown Heights, LLC, | Case No. 25-19352 |
| Debtor. _____/ | Chapter 11 |
| Beacon Point Recovery Center LLC, | Case No. 25-19354 |
| Debtor. _____/ | Chapter 11 |
| Sunrise Detoxification Center, LLC, | Case No. 25-19355 |
| Debtor. _____/ | Chapter 11 |
| Sunrise Detox II, LLC, | Case No. 25-19357 |
| Debtor. _____/ | Chapter 11 |
| The Counseling Center at Millbury, LLC, | Case No. 25-19358 |
| Debtor. _____/ | Chapter 11 |

## NOTICE OF FILING COMPANY RESOLUTION

Praesum Healthcare Services, LLC (the "Debtor") by and through undersigned counsel, hereby files the attached *Resolution of Praesum Healthcare Services, LLC Evolve Recovery Center, LLC, Evolve Recovery Center at Millbury, LLC, Sunrise Detox Alpharetta, LLC, Sunrise Detox Brentwood, LLC, Sunrise Detox Cherry Hill, LLC, Sunrise Detox Duluth, LLC, Sunrise Detox III, LLC, Sunrise Detox Millbury, LLC, Sunrise Detox Orlando, LLC, sunrise Detox Toms River, LLC, The Counseling Center at Cherry Hill, LLC, The Counseling Center at Clark, LLC, The Counseling Center at Duluth, LLC, The Counseling Center at Fair Lawn, LLC, The*

*Counseling Center at Freehold, LLC, The Counseling Center at Middlesex, LLC, The Counseling Center at Robbinsville, LLC, The Counseling Center at Roswell, LLC, The Counseling Center at Roxbury, LLC, The Counseling Center at the Brunswicks, LLC, The Counseling Center at Toms River, LLC, The Counseling Center at West Caldwell, LLC, The Counseling Center at Yorktown Heights, LLC, Beacon Point Recovery Center LLC, Sunrise Detoxification Center, LLC, Sunrise Detox II, LLC, and The Counseling Center at Millbury, LLC.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copy of the foregoing was served via CM/ECF Notice of Electronic Filing to all parties registered to receive electronic noticing in this case on August 13, 2025.

        **SHRAIBERG PAGE P.A.**
        Attorney for the Debtors
        2385 NW Executive Center Drive, #300
        Boca Raton, Florida 33431
        Telephone: 561-443-0800
        Facsimile: 561-998-0047
        Email: bss@slp.law; ependergraft@slp.law

        By:   /s/ *Eric Pendergraft*
                Eric Pendergraft
                Florida Bar No. 91927
                Bradley S. Shraiberg
                Florida Bar No. 121622

**RESOLUTION OF PRAESUM HEALTHCARE SERVICES, LLC, EVOLVE RECOVERY CENTER, LLC, EVOLVE RECOVERY CENTER AT MILLBURY, LLC, SUNRISE DETOX ALPHARETTA, LLC, SUNRISE DETOX BRENTWOOD, LLC, SUNRISE DETOX CHERRY HILL, LLC, SUNRISE DETOX DULUTH, LLC, SUNRISE DETOX III, LLC, SUNRISE DETOX MILLBURY, LLC, SUNRISE DETOX ORLANDO, LLC, SUNRISE DETOX TOMS RIVER, LLC, THE COUNSELING CENTER AT CHERRY HILL, LLC, THE COUNSELING CENTER AT CLARK, LLC, THE COUNSELING CENTER AT DULUTH, LLC, THE COUNSELING CENTER AT FAIR LAWN, LLC, THE COUNSELING CENTER AT FREEHOLD, LLC, THE COUNSELING CENTER AT MIDDLESEX, LLC, THE COUNSELING CENTER AT ROBBINSVILLE, LLC, THE COUNSELING CENTER AT ROSWELL, LLC, THE COUNSELING CENTER AT ROXBURY, LLC, THE COUNSELING CENTER AT THE BRUNSWICKS, LLC, THE COUNSELING CENTER AT TOMS RIVER, LLC, THE COUNSELING CENTER AT WEST CALDWELL, LLC, THE COUNSELING CENTER AT YORKTOWN HEIGHTS, LLC, BEACON POINT RECOVERY CENTER LLC, SUNRISE DETOXIFICATION CENTER, LLC, SUNRISE DETOX II, LLC, AND THE COUNSELING CENTER AT MILLBURY, LLC**

August 12, 2025

We, constituting a majority of the members (the "Members") of Praesum Healthcare Services, LLC, a company organized under the laws of the State of Florida, Evolve Recovery Center, LLC, Evolve Recovery Center at Millbury, LLC, Sunrise Detox Alpharetta, LLC, Sunrise Detox Brentwood, LLC, Sunrise Detox Cherry Hill, LLC, Sunrise Detox Duluth, LLC, Sunrise Detox III, LLC, Sunrise Detox Millbury, LLC, Sunrise Detox Orlando, LLC, sunrise Detox Toms River, LLC, The Counseling Center at Cherry Hill, LLC, The Counseling Center at Clark, LLC, The Counseling Center at Duluth, LLC, The Counseling Center at Fair Lawn, LLC, The Counseling Center at Freehold, LLC, The Counseling Center at Middlesex, LLC, The Counseling Center at Robbinsville, LLC, The Counseling Center at Roswell, LLC, The Counseling Center at Roxbury, LLC, The Counseling Center at the Brunswicks, LLC, The Counseling Center at Toms River, LLC, The Counseling Center at West Caldwell, LLC, The Counseling Center at Yorktown Heights, LLC, companies organized under the laws of the State of Delaware, Beacon Point Recovery Center LLC, a company organized under the laws of the State of Pennsylvania, Sunrise Detoxification Center, LLC, Sunrise Detox II, LLC, companies organized under the laws of the State of New Jersey, and The Counseling Center at Millbury, LLC, a company organized under the laws of the State of Massachusetts (each, a "Company" and together, the "Companies""), adopt the following resolution by written consent:

1) **RESOLVED:** That in the judgment of the Members, it is desirable and in the best interests of the Company, its creditors, shareholders and other interested parties, that the Company file for voluntary relief under Subchapter V of Chapter 11 of the Bankruptcy Code (the "**Bankruptcy**") and it is further

2) **RESOLVED:** That **Timothy Doran** (the "Responsible Party") is hereby designated as the responsible party to act on behalf of each Company, and he shall be authorized to execute and file all petitions, schedules, lists, plans, motions, and all other papers and to take any and all action which he deems necessary or proper in connection with the Bankruptcy; and it is further

1

        3) **RESOLVED:** That each Company is authorized to employ the law offices of **SHRAIBERG PAGE P.A.** ("**SP**") as its attorneys in connection with the Bankruptcy under such terms and conditions as it, in its sole discretion, deems appropriate until further direction of the Board; *provided, however*, that each Company is authorized to pay **SP** a fee retainer for payment of attorneys' fees and reimbursement of expenses in connection with services to be rendered in the Bankruptcy, and it is further

        5) **RESOLVED:** That each Company, subject to authorization of the Court, is authorized to employ such other professional persons in the Bankruptcy, under such terms and conditions as each Company, in its discretion, deems appropriate until further direction of the Board with payment being subject to award by the Court; and it is further

        7) **RESOLVED:** That the Responsible Party is authorized, empowered, and directed to delegate or direct any other person to perform their responsibilities under these resolutions as is necessary, appropriate, or advisable.

**IN WITNESS WHEREOF,** the undersigned, constituting a majority of the members of each Company, have agreed to adopt the foregoing resolutions.

*Timothy Doran*
Timothy Doran (Aug 13, 2025 13:27:46 EDT)

Timothy Doran

2