UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

| | |
|---|---|
| Praesum Healthcare Services, LLC, | Case No. 25-19335 |
| Debtor. | Chapter 11 |
| _____/ | |
| Evolve Recovery Center, LLC, | Case No. 25-19336 |
| Debtor. | Chapter 11 |
| _____/ | |
| Evolve Recovery Center at Millbury LLC, | Case No. 25-19340 |
| Debtor. | Chapter 11 |
| _____/ | |
| Sunrise Detox Alpharetta, LLC, | Case No. 25-19343 |
| Debtor. | Chapter 11 |
| _____/ | |
| Sunrise Detox Brentwood, LLC, | Case No. 25-19346 |
| Debtor. | Chapter 11 |
| _____/ | |
| Sunrise Detox Cherry Hill, LLC, | Case No. 25-19348 |
| Debtor. | Chapter 11 |
| _____/ | |
| Sunrise Detox Duluth, LLC, | Case No. 25-19356 |
| Debtor. | Chapter 11 |
| _____/ | |
| Sunrise Detox III, LLC, | Case No. 25-19359 |
| Debtor. | Chapter 11 |
| _____/ | |

1

| | |
|---|---|
| Sunrise Detox Millbury, LLC, | Case No. 25-19362 |
|     Debtor. | Chapter 11 |
| _____/ | |
| Sunrise Detox Orlando, LLC, | Case No. 25-19363 |
|     Debtor. | Chapter 11 |
| _____/ | |
| Sunrise Detox Toms River, LLC, | Case No. 25-19365 |
|     Debtor. | Chapter 11 |
| _____/ | |
| The Counseling Center at Cherry Hill, LLC, | Case No. 25-19366 |
|     Debtor. | Chapter 11 |
| _____/ | |
| The Counseling Center at Clark, LLC, | Case No. 25-19367 |
|     Debtor. | Chapter 11 |
| _____/ | |
| The Counseling Center at Duluth, LLC, | Case No. 25-19368 |
|     Debtor. | Chapter 11 |
| _____/ | |
| The Counseling Center at Fair Lawn, LLC, | Case No. 25-19337 |
|     Debtor. | Chapter 11 |
| _____/ | |
| The Counseling Center at Freehold, LLC, | Case No. 25-19339 |
|     Debtor. | Chapter 11 |
| _____/ | |

2

The Counseling Center at
Middlesex, LLC,                                    Case No. 25-19341

     Debtor.                                     Chapter 11
_____/

The Counseling Center at
Robbinsville, LLC,                                Case No. 25-19342

     Debtor.                                     Chapter 11
_____/

The Counseling Center at
Roswell, LLC,                                     Case No. 25-19344

     Debtor.                                     Chapter 11
_____/

The Counseling Center at
Roxbury, LLC,                                     Case No. 25-19345

     Debtor.                                     Chapter 11
_____/

The Counseling Center at
the Brunswicks, LLC,                              Case No. 25-19347

     Debtor.                                     Chapter 11
_____/

The Counseling Center at
Toms River, LLC,                                  Case No. 25-19349

     Debtor.                                     Chapter 11
_____/

The Counseling Center at
West Caldwell, LLC,                               Case No. 25-19351

     Debtor.                                     Chapter 11
_____/

The Counseling Center at

3

Yorktown Heights, LLC,                                    Case No. 25-19352

      Debtor.                                            Chapter 11
_____/

Beacon Point Recovery
Center LLC,                                               Case No. 25-19354

      Debtor.                                            Chapter 11
_____/

Sunrise Detoxification
Center, LLC,                                              Case No. 25-19355

      Debtor.                                            Chapter 11
_____/

Sunrise Detox II, LLC,                                    Case No. 25-19357

      Debtor.                                            Chapter 11
_____/

The Counseling Center at
Millbury, LLC,                                            Case No. 25-19358

      Debtor.                                            Chapter 11
_____/

## *EX PARTE* MOTION TO AUTHORIZE DEBTORS TO FILE JOINT CASE MANAGEMENT SUMMARY

The following 28 chapter Debtors, (1) Praesum Healthcare Services, LLC, (2) Evolve Recovery Center, LLC, (3) Evolve Recovery Center at Millbury LLC, (4) Sunrise Detox Alpharetta, LLC, (5) Sunrise Detox Brentwood, LLC, (6) Sunrise Detox Cherry Hill, LLC, (7) Sunrise Detox Duluth, LLC, (8) Sunrise Detox III, LLC, (9) Sunrise Detox Millbury, LLC, (10) Sunrise Detox Orlando, LLC, (11) Sunrise Detox Toms River, LLC, (12) The Counseling Center at Cherry Hill, LLC, (13) The Counseling Center at Clark, LLC, (14) The Counseling Center at Duluth, LLC, (15) The Counseling Center at Fair Lawn, LLC, (16) The Counseling Center at Freehold, LLC, (17) The Counseling Center at Middlesex, LLC, (18) The Counseling Center at Robbinsville, LLC, (19) The

Counseling Center at Roswell, LLC, (20) The Counseling Center at Roxbury, LLC, (21) The Counseling Center at the Brunswicks, LLC, (22) The Counseling Center at Toms River, LLC, (23) The Counseling Center at West Caldwell, LLC, (24) The Counseling Center at Yorktown Heights, LLC, (25) Beacon Point Recovery Center LLC, (26) Sunrise Detoxification Center, LLC, (27) Sunrise Detox II, LLC, and (28) The Counseling Center at Millbury, LLC (collectively, the "**Debtors**"), pursuant to Local Rules 1001-1(E), 2081-1(B), and 9013-1(C), request an order substantially in the form attached hereto as **Exhibit A** authorizing the Debtors to file a single, joint Case Management Summary. In support, the Debtors state:

1.      On August 13, 2025 (the "Petition Date"), the Debtors each filed voluntary chapter 11 petitions. No trustee, examiner, or committee has been appointed.

2.      The Debtors share common management and ownership.  The Debtor Praesum Healthcare Services, LLC is owned by Timothy Doran and Morgan Poncy and managed by Timothy Doran. The other 27 Debtors are owned and managed by non-debtor Praesum Health, LLC. Praesum Health, LLC is owned and managed by non-debtor Praesum, LLC. Praesum, LLC is owned by Timothy Doran, Morgan Poncy, and others and managed by Timothy Doran.

## **Relief Requested**

3.      Local Rule 2081-1(B) requires chapter 11 debtors to file a Case Management Summary no later than the earlier of the third business day after order for relief or one business day prior to the first scheduled hearing.

4.      These cases involve 28 related debtors. The Debtors have each filed motions for joint administration.

5.      The Debtors request authority to file a joint Case Management Summary. While Local Rule 2081-1(B) requires each debtor to file a Case Management Summary, Local Rule 1001-

1(E) provides that "Upon motion of a party in interest or *sua sponte*, the court may suspend the requirements of any of these rules in appropriate circumstances." A joint Case Management Summary will provide all parties with substantially the same information as separate Case Management Summaries. However, the filing of a joint Case Management Summary is more efficient and will provide the Court and parties-in-interest with a true financial picture of the Debtors. Accordingly, appropriate circumstances exist to vary from the requirements of Local Rule 2081-1(B).

6.      The Court may grant this Motion on an *ex parte* basis pursuant to the catchall of Local Rule 9013-1(C) because the relief requested does not implicate the rights of any party in interest.

WHEREFORE, the Debtors request the Court enter an order, substantially in the form of the proposed order attached as **Exhibit A**, granting this Motion, authorizing the Debtors to file a joint Case Management Summary, and granting such other relief as is just and proper.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing to those parties registered to receive electronic noticing in this case on August 14, 2025.

Respectfully submitted,

SHRAIBERG PAGE P.A.
Proposed Attorneys for the Debtors
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
bss@slp.law

By:    /s/ Bradley S. Shraiberg
        Bradley S. Shraiberg, Esq.
        Florida Bar. No. 121622

"EXHIBIT A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

| | |
|---|---|
| Praesum Healthcare Services, LLC, | Case No. 25-19335 |
|     Debtor. | Chapter 11 |
| _____/ | |
| | |
| Evolve Recovery Center, LLC, | Case No. 25-19336 |
|     Debtor. | Chapter 11 |
| _____/ | |
| | |
| Evolve Recovery Center at Millbury LLC, | Case No. 25-19340 |
|     Debtor. | Chapter 11 |
| _____/ | |
| | |
| Sunrise Detox Alpharetta, LLC, | Case No. 25-19343 |
|     Debtor. | Chapter 11 |
| _____/ | |
| | |
| Sunrise Detox Brentwood, LLC, | Case No. 25-19346 |
|     Debtor. | Chapter 11 |
| _____/ | |

Sunrise Detox Cherry Hill, LLC,                          Case No. 25-19348

     Debtor.                                        Chapter 11
_____/

Sunrise Detox Duluth, LLC,                               Case No. 25-19356

     Debtor.                                        Chapter 11
_____/

Sunrise Detox III, LLC,                                  Case No. 25-19359

     Debtor.                                        Chapter 11
_____/

Sunrise Detox Millbury, LLC,                             Case No. 25-19362

     Debtor.                                        Chapter 11
_____/

Sunrise Detox Orlando, LLC,                              Case No. 25-19363

     Debtor.                                        Chapter 11
_____/

Sunrise Detox Toms River, LLC,                           Case No. 25-19365

     Debtor.                                        Chapter 11
_____/

The Counseling Center at
Cherry Hill, LLC,                                        Case No. 25-19366

     Debtor.                                        Chapter 11
_____/

The Counseling Center at
Clark, LLC,                                              Case No. 25-19367

     Debtor.                                        Chapter 11
_____/

The Counseling Center at
Duluth, LLC,                                             Case No. 25-19368

     Debtor.                                        Chapter 11
_____/

| | |
|---|---|
| The Counseling Center at<br>Fair Lawn, LLC, | Case No. 25-19337 |
| Debtor.<br>_____/ | Chapter 11 |
| The Counseling Center at<br>Freehold, LLC, | Case No. 25-19339 |
| Debtor.<br>_____/ | Chapter 11 |
| The Counseling Center at<br>Middlesex, LLC, | Case No. 25-19341 |
| Debtor.<br>_____/ | Chapter 11 |
| The Counseling Center at<br>Robbinsville, LLC, | Case No. 25-19342 |
| Debtor.<br>_____/ | Chapter 11 |
| The Counseling Center at<br>Roswell, LLC, | Case No. 25-19344 |
| Debtor.<br>_____/ | Chapter 11 |
| The Counseling Center at<br>Roxbury, LLC, | Case No. 25-19345 |
| Debtor.<br>_____/ | Chapter 11 |
| The Counseling Center at<br>the Brunswicks, LLC, | Case No. 25-19347 |
| Debtor.<br>_____/ | Chapter 11 |

The Counseling Center at
Toms River, LLC,                                        Case No. 25-19349

    Debtor.                                         Chapter 11
_____/

The Counseling Center at
West Caldwell, LLC,                                     Case No. 25-19351

    Debtor.                                         Chapter 11
_____/

The Counseling Center at
Yorktown Heights, LLC,                                  Case No. 25-19352

    Debtor.                                         Chapter 11
_____/

Beacon Point Recovery
Center LLC,                                             Case No. 25-19354

    Debtor.                                         Chapter 11
_____/

Sunrise Detoxification
Center, LLC,                                            Case No. 25-19355

    Debtor.                                         Chapter 11
_____/

Sunrise Detox II, LLC,                                  Case No. 25-19357

    Debtor.                                         Chapter 11
_____/

The Counseling Center at
Millbury, LLC,                                          Case No. 25-19358

    Debtor.                                         Chapter 11
_____/

## ORDER GRANTING MOTION TO AUTHORIZE
## DEBTORS TO FILE JOINT CASE MANAGEMENT SUMMARY

This matter came before the Court upon the *Ex Parte Motion to Authorize Debtors to File*

*Joint Case Management Summary* [ECF No. XX] (the "Motion") filed by (1) Praesum Healthcare

Services, LLC, (2) Evolve Recovery Center, LLC, (3) Evolve Recovery Center at Millbury LLC, (4) Sunrise Detox Alpharetta, LLC, (5) Sunrise Detox Brentwood, LLC, (6) Sunrise Detox Cherry Hill, LLC, (7) Sunrise Detox Duluth, LLC, (8) Sunrise Detox III, LLC, (9) Sunrise Detox Millbury, LLC, (10) Sunrise Detox Orlando, LLC, (11) Sunrise Detox Toms River, LLC, (12) The Counseling Center at Cherry Hill, LLC, (13) The Counseling Center at Clark, LLC, (14) The Counseling Center at Duluth, LLC, (15) The Counseling Center at Fair Lawn, LLC, (16) The Counseling Center at Freehold, LLC, (17) The Counseling Center at Middlesex, LLC, (18) The Counseling Center at Robbinsville, LLC, (19) The Counseling Center at Roswell, LLC, (20) The Counseling Center at Roxbury, LLC, (21) The Counseling Center at the Brunswicks, LLC, (22) The Counseling Center at Toms River, LLC, (23) The Counseling Center at West Caldwell, LLC, (24) The Counseling Center at Yorktown Heights, LLC, (25) Beacon Point Recovery Center LLC, (26) Sunrise Detoxification Center, LLC, (27) Sunrise Detox II, LLC, and (28) The Counseling Center at Millbury, LLC (together, the "Debtors").

With the Court being fully advised in the premises, it is **ORDERED** that:

1.      The Motion [ECF No. XX] is GRANTED.

2.      The Debtors are authorized to file a single, joint Case Management Summary.

3.      The United States Trustee may request the Debtors prepare and file separate Case Management Summaries should the United States Trustee deem it necessary.

###

Submitted by:

Bradley S. Shraiberg, Esq.
**SHRAIBERG PAGE P.A.**
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
bss@slp.law

*Bradley S. Shraiberg, Esq. is directed to serve a copy of this order on all parties of record and file a certificate of service with the Court.*