

**ORDERED in the Southern District of Florida on August 14, 2025.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

| | |
|---|---|
| Praesum Healthcare Services, LLC,[1] (Jointly Administered) | Case No. 25-19335 |
| Debtors. _____/ | Chapter 11 |

### ORDER JOINTLY ADMINISTERING CHAPTER 11 CASES

This matter came before the Court upon the *Ex Parte Motion to Jointly Administer Chapter 11 Cases* [ECF No. 3] (the "Motion") filed by (1) Praesum Healthcare Services, LLC, (2) Evolve

---

[1] The 28 Debtors in these jointly administered cases are: (1) Praesum Healthcare Services, LLC; (2) Evolve Recovery Center, LLC; (3) Evolve Recovery Center at Millbury LLC; (4) Sunrise Detox Alpharetta, LLC; (5) Sunrise Detox Brentwood, LLC; (6) Sunrise Detox Cherry Hill, LLC; (7) Sunrise Detox Duluth, LLC; (8) Sunrise Detox III, LLC; (9) Sunrise Detox Millbury, LLC; (10) Sunrise Detox Orlando, LLC; (11) Sunrise Detox Toms River, LLC; (12) The Counseling Center at Cherry Hill, LLC; (13) The Counseling Center at Clark, LLC; (14) The Counseling Center at Duluth, LLC; (15) The Counseling Center at Fair Lawn, LLC; (16) The Counseling Center at Freehold, LLC; (17) The Counseling Center at Middlesex, LLC; (18) The Counseling Center at Robbinsville, LLC; (19) The Counseling Center at Roswell, LLC; (20) The Counseling Center at Roxbury, LLC; (21) The Counseling Center at Brunswicks, LLC; (22) The Counseling Center at Toms River, LLC; (23) The Counseling Center at West Caldwell, LLC; (24) The Counseling Center at Yorktown Heights, LLC; (25) Beacon Point Recovery Center LLC; (26) Sunrise Detoxification Center, LLC; (27) Sunrise Detox II, LLC; and (28) The Counseling Center at Millbury, LLC.

Recovery Center, LLC, (3) Evolve Recovery Center at Millbury LLC, (4) Sunrise Detox Alpharetta, LLC, (5) Sunrise Detox Brentwood, LLC, (6) Sunrise Detox Cherry Hill, LLC, (7) Sunrise Detox Duluth, LLC, (8) Sunrise Detox III, LLC, (9) Sunrise Detox Millbury, LLC, (10) Sunrise Detox Orlando, LLC, (11) Sunrise Detox Toms River, LLC, (12) The Counseling Center at Cherry Hill, LLC, (13) The Counseling Center at Clark, LLC, (14) The Counseling Center at Duluth, LLC, (15) The Counseling Center at Fair Lawn, LLC, (16) The Counseling Center at Freehold, LLC, (17) The Counseling Center at Middlesex, LLC, (18) The Counseling Center at Robbinsville, LLC, (19) The Counseling Center at Roswell, LLC, (20) The Counseling Center at Roxbury, LLC, (21) The Counseling Center at the Brunswicks, LLC, (22) The Counseling Center at Toms River, LLC, (23) The Counseling Center at West Caldwell, LLC, (24) The Counseling Center at Yorktown Heights, LLC, (25) Beacon Point Recovery Center LLC, (26) Sunrise Detoxification Center, LLC, (27) Sunrise Detox II, LLC, and (28) The Counseling Center at Millbury, LLC (together, the "Debtors") pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1(A(2).

The cases identified in the caption of this order are pending in this court by or against a debtor and an affiliate. It appears that these cases should be jointly administered as authorized under Bankruptcy Rule 1015 and Local Rule 1015-1.

Accordingly, it is **ORDERED** that:

1. The Motion [ECF No. 3] is GRANTED.

2. These cases shall be jointly administered. Case No. 25-19335-EPK is designated the "lead case."

3. A single case docket and court file will be maintained hereafter under the "lead case" number.

4.      Pleadings filed in other than the lead case shall be captioned under the lead case name(s) and case number followed by the words "(Jointly Administered)" and beneath that caption, the case names and numbers for the cases in which the document is being filed. Claims filed shall indicate only the case name and number of the case in which the claim is asserted. Separate claims registers shall be maintained for each case. Ballots shall be styled and filed only in the case name and number of the member case for which the plan being voted on was filed.

5.      The debtor-in-possession will not commingle assets or liabilities unless and until it is determined, after notice and hearing, that these cases involve the same debtor or that another ground exists to order substantive consolidation of these cases.

6.      The caption of this Order is hereby approved for use on any papers filed in these jointly administered cases.

###

Submitted by:

Bradley S. Shraiberg, Esq.
**SHRAIBERG PAGE P.A.**
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
bss@slp.law

*Bradley S. Shraiberg, Esq. is directed to serve a copy of this order on all parties of record and file a certificate of service with the Court.*