**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                                  Chapter 11 Case

**Praesum Healthcare Services, LLC,**                  Case No. 25-19335-EPK

      Debtors.
_____/

## NOTICE OF APPEARANCE

Alexandra D. Blye of Carlton Fields, P.A. enters her appearance as counsel for **City National Bank of Florida.** Undersigned counsel respectfully request that copies of all future notices, pleadings and orders served and/or filed in the above-styled and numbered cause be served upon **Alexandra D. Blye, 525 Okeechobee Blvd., Suite 1200, West Palm Beach, Florida 33401.**

Dated: August 14, 2025

                                                  /s/ Alexandra D. Blye
                                                Alexandra D. Blye
                                                Florida Bar No.: 71499
                                                ablye@carltonfields.com
                                                Carlton Fields, P.A.
                                                525 Okeechobee Boulevard, Suite 1200
                                                West Palm Beach, FL 33401
                                                Telephone: (561) 659-7070
                                                *Attorneys for City National Bank of Florida*

## CERTIFICATE OF SERVICE

     I hereby certify that on August 14, 2025, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

                                                /s/ Alexandra D. Blye
                                                Attorney

141014373.1