UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Praesum Healthcare Services, LLC,[1]          Case No. 25-19335-EPK
(Jointly Administered)

    Debtors.                                    Chapter 11
_____/

## NOTICE OF FILING
## UPDATED EXHIBIT A BUDGET

The following twenty-eight chapter 11 Debtors, (1) Praesum Healthcare Services, LLC, (2) Evolve Recovery Center, LLC, (3) Evolve Recovery Center at Millbury LLC, (4) Sunrise Detox Alpharetta, LLC, (5) Sunrise Detox Brentwood, LLC, (6) Sunrise Detox Cherry Hill, LLC, (7) Sunrise Detox Duluth, LLC, (8) Sunrise Detox III, LLC, (9) Sunrise Detox Millbury, LLC, (10) Sunrise Detox Orlando, LLC, (11) Sunrise Detox Toms River, LLC, (12) The Counseling Center at Cherry Hill, LLC, (13) The Counseling Center at Clark, LLC, (14) The Counseling Center at Duluth, LLC, (15) The Counseling Center at Fair Lawn, LLC, (16) The Counseling Center at Freehold, LLC, (17) The Counseling Center at Middlesex, LLC, (18) The Counseling Center at Robbinsville, LLC, (19) The Counseling Center at Roswell, LLC, (20) The Counseling Center at

---

[1] The 28 Debtors in these jointly administered cases are: (1) Praesum Healthcare Services, LLC, Case No. 25-19335-EPK; (2) Evolve Recovery Center, LLC, Case No. 25-19336-EPK; (3) Evolve Recovery Center at Millbury LLC, Case No. 25-19340-EPK; (4) Sunrise Detox Alpharetta, LLC, Case No. 25-19343-EPK; (5) Sunrise Detox Brentwood, LLC, Case No. 25-19346-EPK; (6) Sunrise Detox Cherry Hill, LLC, Case No. 25-19348-EPK; (7) Sunrise Detox Duluth, LLC, Case No. 25-19356-EPK; (8) Sunrise Detox III, LLC, Case No. 25-19359-EPK; (9) Sunrise Detox Millbury, LLC, Case No. 25-19362-EPK; (10) Sunrise Detox Orlando, LLC, Case No. 25-19363-EPK; (11) Sunrise Detox Toms River, LLC, Case No. 25-19365-EPK; (12) The Counseling Center at Cherry Hill, LLC, Case No. 25-19366-EPK; (13) The Counseling Center at Clark, LLC, Case No. 25-19367-EPK; (14) The Counseling Center at Duluth, LLC, Case No. 25-19368-EPK; (15) The Counseling Center at Fair Lawn, LLC, Case No. 25-19337-EPK; (16) The Counseling Center at Freehold, LLC, Case No. 25-19339-EPK; (17) The Counseling Center at Middlesex, LLC, Case No. 25-19341-EPK; (18) The Counseling Center at Robbinsville, LLC, Case No. 25-19342-EPK; (19) The Counseling Center at Roswell, LLC, Case No. 25-19344-EPK; (20) The Counseling Center at Roxbury, LLC, Case No. 25-19345-EPK; (21) The Counseling Center at Brunswicks, LLC, Case No. 25-19347-EPK; (22) The Counseling Center at Toms River, LLC, Case No. 25-19349-EPK; (23) The Counseling Center at West Caldwell, LLC, Case No. 25-19351-EPK; (24) The Counseling Center at Yorktown Heights, LLC, Case No. 25-19352-EPK; (25) Beacon Point Recovery Center LLC, Case No. 25-19354-EPK; (26) Sunrise Detoxification Center, LLC, Case No. 25-19355-EPK; (27) Sunrise Detox II, LLC, Case No. 25-19357-EPK; and (28) The Counseling Center at Millbury, LLC, Case No. 25-19358-EPK.

Roxbury, LLC, (21) The Counseling Center at the Brunswicks, LLC, (22) The Counseling Center at Toms River, LLC, (23) The Counseling Center at West Caldwell, LLC, (24) The Counseling Center at Yorktown Heights, LLC, (25) Beacon Point Recovery Center LLC, (26) Sunrise Detoxification Center, LLC, (27) Sunrise Detox II, LLC, and (28) The Counseling Center at Millbury, LLC (the "**Debtors**"), by and through their undersigned counsel, hereby file the attached updated Exhibit A Budget to the *Expedited* Joint Motion to Authorize Debtors' Continued Use of Cash Collateral Effective as of the Petition Date [ECF No. 15].

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on August 15, 2025.

                                        **SHRAIBERG PAGE P.A**.
                                        Proposed Attorney for Debtors
                                        2385 NW Executive Center Drive, #300
                                        Boca Raton, Florida 33431
                                        Telephone: 561-443-0800
                                        Facsimile: 561-998-0047
                                        Email: bss@slp.law

By: */s/ Bradley S. Shraiberg*
                Bradley S. Shraiberg
                Florida Bar No. 121622

# EXHIBIT A

| Category | | Friday 8/15/2025 Proposed Payment |
|---|---|---|
| 1099 Employees | Check | (278,000.00) |
| ADP Taxes | ACH | (141,000.00) |
| ADP Invoices | ACH | (16,500.00) |
| UMR - 2025 Health Benefits (Fund Claim Acct) | Wire | (286,000.00) |
| Google | Wire | (325,000.00) |
| Orkestra | ACH | (7,000.00) |
| Besse (medications)- payment plan | Wire | (7,500.00) |
| UA Cups | Check | (6,127.50) |
| Medline | Amex | (16,000.00) |
| Exclaimer LTD | Check | (13,044.24) |
| City of Duluth | Check | (9,829.61) |
| Planned Retirement Consultants & Administrators | Check | (5,794.75) |
| Speedypin | Check | (5,418.00) |
| PBA | ACH | (25,000.00) |
| Georgia Power-24258-77034 | Amex | (2,850.00) |
| FPL | Amex | (2,950.00) |
| PSE&G 7224694401 - Electric Bill | ACH | (1,243.00) |
| JCPL #100109667103 | ACH | (537.74) |
| JCPL #100106700550 | Amex | (9,733.21) |
| PSEG #7375046700 | ACH | (88.00) |
| PSEG #7375046905 | Amex | (2,095.20) |
| PSEG #7458488905 | Amex | (114.24) |
| PSEG #7425510408 | Amex | (2,449.53) |
| PSEG #6883282904 | ACH | (456.35) |
| PSEG #8211642021 | ACH | (7,722.00) |
| Florida Natural Gas ( Invoices com to Ap Inbox) | ACH | (205.02) |
| Fulton Water & Sewer | ACH | (585.00) |
| OUC - Water & Sewer | ACH | (1,051.61) |
| City Of Ft Lauderdale 2077233- Water & Sewer | ACH | (1,715.80) |
| New Jersey Corp Bus Tax 2023 Evolve Toms River | Check | (5,000.00) |
| Ensora Health | Wire | (23,000.00) |
| Armanino | Check | (1,000.00) |
| Flint | Check | (5,200.00) |
| Strocko | Amex | (9,000.00) |
| UPS | Amex | (4,063.96) |
| SambaSafety | Check | (189.00) |
| Philadelphia -Property & Crime | Amex | (10,341.16) |
| HSP Enterprises Inc | Wire | (4,750.00) |
| New Era | Amex | (40,000.00) |
| Iconn | Amex | (5,000.00) |
| Rainbow Janitorial | Check | (25,000.00) |
| US Foods | ACH | (27,000.00) |
| | | (1,335,554.92) |

| Category | Method of Payment | Amount Owed 8/18/2025 |
|---|---|---|
| Employee Expense Reimbursements | Check | (4,602.98) |
| Tuition Reimbursements | Check | (4,303.00) |
| Vonage | Amex | (12,235.00) |
| | | (21,140.98) |

| Category | | 8/19/2025 |
|---|---|---|
| CSK Law | Check | (400.00) |
| DG Lawn and Landscaping | Check | (12,540.00) |
| Sunrise Home & Garden | ACH | (1,800.00) |
| Republic Services - Trash Pickup | Amex | (1,656.00) |
| A1 Pest Control | Amex | (197.03) |
| East Coast Pest Control | ACH | (500.00) |
| New Jersey Commercial Laundry Repair | Check | (5,537.88) |
| Iron Mountain | Check | (341.20) |
| A1A Fingerprints | Check | (213.85) |
| Cherry Hill Township | Check | (370.00) |
| VendNovation | Check | (685.00) |
| Pitney Bowes- Purchase Power | ACH | (1,200.00) |
| 401k | ACH | (65,000.00) |
| Mutual of Omaha | ACH | (25,000.00) |
| | | (115,440.96) |

| Category | | 8/20/2025 |
|---|---|---|
| Payroll | ACH | (1,805,000.00) |
| East Coast Pest Control | Amex | (189.00) |
| Carf International ASAM Certification | Check | (4,950.00) |
| CyberlinkASP Technology | ACH | (5,576.38) |
| IOA - AFCO EPLI | Amex | (4,724.82) |
| 401k | ACH | (65,000.00) |

(1,885,440.20)