UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Praesum Healthcare Services, LLC,[1]     Case No. 25-19335-EPK
(Jointly Administered)

       Debtors.                                                   Chapter 11
_____/

*EMERGENCY* MOTION TO AUTHORIZE PAYMENT OF
PREPETITION WAGE OBLIGATIONS OF INDEPENDENT CONTRACTORS

**Expedited Hearing Requested**

Basis for Expedited Relief

**The Debtor's ability to preserve its business and assets, and to ultimately reorganize, will be adversely affected if the Debtor is unable to retain its current contractors, who provide critical medical care to the Debtors' patients, by paying them for the pre-petition services provided to the Debtors for the month of July 2025, which were scheduled to pay out on August 15, 2025. Accordingly, the Debtor respectfully requests that this motion be set for hearing as soon as practicable.**

The Debtors, by and through its undersigned counsel and pursuant to 11 U.S.C. §§ 105,

---

[1] The 28 Debtors in these jointly administered cases are: (1) Praesum Healthcare Services, LLC, Case No. 25-19335-EPK; (2) Evolve Recovery Center, LLC, Case No. 25-19336-EPK; (3) Evolve Recovery Center at Millbury LLC, Case No. 25-19340-EPK; (4) Sunrise Detox Alpharetta, LLC, Case No. 25-19343-EPK; (5) Sunrise Detox Brentwood, LLC, Case No. 25-19346-EPK; (6) Sunrise Detox Cherry Hill, LLC, Case No. 25-19348-EPK; (7) Sunrise Detox Duluth, LLC, Case No. 25-19356-EPK; (8) Sunrise Detox III, LLC, Case No. 25-19359-EPK; (9) Sunrise Detox Millbury, LLC, Case No. 25-19362-EPK; (10) Sunrise Detox Orlando, LLC, Case No. 25-19363-EPK; (11) Sunrise Detox Toms River, LLC, Case No. 25-19365-EPK; (12) The Counseling Center at Cherry Hill, LLC, Case No. 25-19366-EPK; (13) The Counseling Center at Clark, LLC, Case No. 25-19367-EPK; (14) The Counseling Center at Duluth, LLC, Case No. 25-19368-EPK; (15) The Counseling Center at Fair Lawn, LLC, Case No. 25-19337-EPK; (16) The Counseling Center at Freehold, LLC, Case No. 25-19339-EPK; (17) The Counseling Center at Middlesex, LLC, Case No. 25-19341-EPK; (18) The Counseling Center at Robbinsville, LLC, Case No. 25-19342-EPK; (19) The Counseling Center at Roswell, LLC, Case No. 25-19344-EPK; (20) The Counseling Center at Roxbury, LLC, Case No. 25-19345-EPK; (21) The Counseling Center at Brunswicks, LLC, Case No. 25-19347-EPK; (22) The Counseling Center at Toms River, LLC, Case No. 25-19349-EPK; (23) The Counseling Center at West Caldwell, LLC, Case No. 25-19351-EPK; (24) The Counseling Center at Yorktown Heights, LLC, Case No. 25-19352-EPK; (25) Beacon Point Recovery Center LLC, Case No. 25-19354-EPK; (26) Sunrise Detoxification Center, LLC, Case No. 25-19355-EPK; (27) Sunrise Detox II, LLC, Case No. 25-19357-EPK; and (28) The Counseling Center at Millbury, LLC, Case No. 25-19358-EPK.

{2540/000/00587082}                    1
4899-9552-5921, v. 1

507(a)(4), and 1108, respectfully requests that the Court enter an order authorizing the Debtor to pay its independent contractors the pre-petition wages and benefits for the period of July 1-31, 2025. In support, the Debtor states as follows:

## FACTS

1. On August 14, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq.

2. The Debtors are operating their business and managing their affairs as debtors in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

3. Debtor Praesum Healthcare Services, LLC provides administrative services to each of the 27 other Debtors, which operate treatment facilities including detox facilities, residential facilities, and outpatient facilities. As a shorthand, the "Detox" Debtors operate detox facilities, the "Evolve" Debtors operate residential facilities, and the "Counseling Center" Debtors operate outpatient facilities.

4. The Debtor has over 1,100 employees and independent contractors. Through this Motion, the Debtors seek authority to pay the prepetition wages of the Debtors' 44 independent contractors (the "Contractors"). The Contractors are advanced practice nurses and physicians. The Debtor will seek authority to pay the prepetition wages of its employees through a separate motion.

5. Of the 44 individuals currently employed by the Debtor as independent contractors, the Debtor owes gross wages totaling **$277,999.65**. Attached hereto as **Exhibit A** is a redacted list of the independent contractors, the amount owed to each, and which Debtor entity owes the payment. As used in Exhibit A, "CC" refers to a Counseling Center Debtor, "Detox" refers to one of the Detox entities, Evolve refers to Evolve Recovery Center, LLC, and Evolve Millbury refers to Evolve Recovery Center at Millbury, LLC. The amounts owed reflect invoices received for

services provided in July 2025. The Debtor receives invoices from its Contractors monthly and, accordingly, has not received invoices for prepetition services rendered in August 2025.

6. While some of the Contractors are owed more than $17,150[2] in the aggregate as noted on Exhibit A, no Contractor is owed more than $17,150 by any individual Debtor.

## RELIEF REQUESTED AND BASIS THEREFOR

7. Pursuant to sections 105(a), 507(a)(4), and 1108 of the Bankruptcy Code, the Debtor seeks authority to pay its 22 current employees and individual contractors the **$277,999.65** in total gross wages, commissions, and benefits owed to them for the month of July 2025, and to concurrently withhold all applicable payroll taxes and benefit contributions.

8. Section 105(a) of the Bankruptcy Code provides that "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. §105(a). Under section 105(a) and the "necessity of payment" doctrine, the Court has the equitable power to authorize a chapter 11 corporate debtor-in-possession to pay prepetition employee wages, salaries, benefits, and employee business expense reimbursements that are essential to its continued operation. *See In re Ionosphere Clubs, Inc.*, 98 B.R. 174, 175-77 (Bankr. S.D.N.Y. 1989); *see also In re Equalnet Communications Corp.*, 258 B.R. 368, 370-71 (Bankr. S.D. Tex. 2000) (permitting the debtor's payment of contract employee's prepetition compensation claim). In particular, the Court may authorize payments of prepetition claims to employees and other critical vendors when (1) the payments are necessary for reorganization; (2) there is a sound business justification for the payments because the payees will refuse to do business with the

---

[2] *See* 11 U.S.C. § 507(a)(4).

debtor absent payment; and (3) disfavored creditors will be at least as well off as a result of the payments. *See In re Tropical Sportswear Int'l Corp.*, 320 B.R. 15, 20 (Bankr. M.D. Fla. 2005).

9. Each of the *Topical Sportswear* elements are present here. The 44 Contractors are essential to operating the Debtors' business and necessary to the Debtors' reorganization efforts. Certain of the 44 Contractors will refuse to continue working, or will seek other employment, unless their wages are paid. Finally, creditors disfavored by wage payments will be at least as well off because such payments will maintain the Debtor's value as a going concern.

10. A failure to pay the 44 Contractors the July amounts will have a negative impact on the employee morale and financial planning, and result in a reduction in performance and potential employee turnover, causing immediate and pervasive damage to the Debtors' business operations. Any significant deterioration in morale at this time would substantially and adversely affect the Debtors' and their ability to reorganize, thereby resulting in immediate and irreparable harm to the Debtors, their estate, and their creditors.

11. Further, the Debtors believe that the prepetition amounts it seeks to pay herein are entitled to priority under section 507(a)(4) of the Bankruptcy Code, which provides priority status for allowed unsecured claims for wages earned within 180 days before the Petition Date. As such, these claims would be entitled to payment in full under any plan of reorganization. Authorizing the Debtors to make these payments at this time will affect only the timing of such payments.

**WHEREFORE,** the Debtor respectfully requests that this Court enter an order allowing the Debtor to pay the 44 Contractors the **$277,999.65** in total gross wages, commissions, and benefits owed to them for the month of July 2025, and to concurrently withhold all, if any, applicable taxes and benefit contributions.

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing to those parties registered to receive electronic noticing in this case on August 18, 2025.

                                                 Respectfully submitted,

                                                 **SHRAIBERG PAGE P.A.**
                                                 Proposed Attorneys for the Debtor
                                                 2385 NW Executive Center Drive, #300
                                                 Boca Raton, Florida 33431
                                                 Telephone: 561-443-0800
                                                 Facsimile: 561-998-0047
                                                 bss@slp.law
                                                 shess@slp.law

                             By:    /s/ Bradley S. Shraiberg
                                                 Bradley S. Shraiberg, Esq.
                                                 Florida Bar No. 121622
                                                 Samuel W. Hess, Esq.
                                                 Florida Bar No. 1044184

# EXHIBIT A

**Exhibit A to Contractors' Wages Motion**

| Claimant | Facility | Per Facility Amount | Total (If Multiple) |
|---|---|---|---|
| Contractor 1 | Stirling Detox (Sunrise Detox II) | $6,835.00 | |
| Contractor 2 | Alpharetta Detox | $3,209.00 | |
| Contractor 3 | Alpharetta Detox | $2,167.00 | |
| Contractor 4 | Alpharetta Detox | $5,835.00 | $11,253.00 |
| Contractor 4 | CC at Roswell | $1,250.00 | |
| Contractor 4 | CC at Duluth | $1,250.00 | |
| Contractor 4 | Duluth Detox | $2,918.00 | |
| Contractor 5 | Millbury Detox, Evolve, Evolve Millbury | $2,500.00 | |
| Contractor 6 | Millbury Detox | $3,500.00 | $10,000.00 |
| Contractor 6 | CC at Millbury | $3,000.00 | |
| Contractor 6 | Evolve Millbury | $3,500.00 | |
| Contractor 7 | CC at Yorktown Heights | $1,250.00 | **$23,750.00** |
| Contractor 7 | CC at Freehold | $1,250.00 | |
| Contractor 7 | CC at Fair Lawn | $1,250.00 | |
| Contractor 7 | CC at Tom River | $1,250.00 | |
| Contractor 7 | CC at Clark | $1,250.00 | |
| Contractor 7 | Evolve | $2,500.00 | |
| Contractor 7 | Toms River Detox | $5,000.00 | |
| Contractor 7 | Stirling Detox (Sunrise Detox II) | $5,000.00 | |
| Contractor 7 | Cherry Hill Detox | $5,000.00 | |
| Contractor 8 | CC at Cherry Hill | $1,083.40 | $8,000.00 |
| Contractor 8 | CC at Middlesex | $1,083.00 | |
| Contractor 8 | CC at West Caldwell | $1,083.40 | |
| Contractor 8 | CC at Brunswick | $1,083.40 | |
| Contractor 8 | CC at Roxbury | $1,083.40 | |
| Contractor 8 | CC at Robbinsville | $1,083.40 | |
| Contractor 8 | Toms River Detox | $375.00 | |
| Contractor 8 | Stirling Detox (Sunrise Detox II) | $375.00 | |
| Contractor 8 | Evolve | $375.00 | |
| Contractor 8 | Cherry Hill Detox | $375.00 | |
| Contractor 9 | Orlando Detox | $5,417.00 | |
| Contractor 10 | FTL Detox (Sunrise Detox III) | $5,000.00 | $10,000.00 |
| Contractor 10 | Lake Worth Detox (Sunrise Detox Ctr.) | $5,000.00 | |
| Contractor 11 | Lake Worth (Sunrise Detox Ctr.) | $116.00 | $1,250.00 |
| Contractor 11 | Fort Lauderdale (Sunrise Detox III) | $116.00 | |

| Contractor 11 | Orlando Detox | $118.00 | |
| Contractor 11 | Lake Worth Detox (Sunrise Detox Ctr.) | $300.00 | |
| Contractor 11 | Fort Lauderdale (Sunrise Detox III) | $300.00 | |
| Contractor 11 | Orlando Detox | $300.00 | |
| Contractor 12 | Orlando Detox | $350.00 | $480.00 |
| Contractor 12 | Orlando Detox | $130.00 | |
| Contractor 13 | Detox Alpharetta | $3,240.00 | $4,990.00 |
| Contractor 13 | Detox Duluth | $1,750.00 | |
| Contractor 14 | Orlando Detox | $900.00 | $2,333.33 |
| Contractor 14 | Orlando Detox | $416.00 | |
| Contractor 14 | Fort Lauderdale (Sunrise Detox III) | $600.00 | |
| Contractor 14 | Fort Lauderdale (Sunrise Detox III) | $417.33 | |
| Contractor 15 | Praesum Healthcare Services | $1,326.41 | $3,539.50 |
| Contractor 15 | Praesum Healthcare Services | $2,213.09 | |
| Contractor 16 | Alpharetta Detox | $660.00 | $880.00 |
| Contractor 16 | Duluth Detox | $220.00 | |
| Contractor 17 | Brentwood Detox | $2,220.00 | |
| Contractor 18 | Brentwood Detox | $4,070.00 | |
| Contractor 19 | Brentwood Detox | $5,550.00 | |
| Contractor 20 | Alpharetta Detox | $850.00 | $1,300.00 |
| Contractor 20 | Detox Duluth | $450.00 | |
| Contractor 21 | Alpharetta Detox | $900.00 | $1,400.00 |
| Contractor 21 | Detox Duluth | $500.00 | |
| Contractor 22 | Alpharetta Detox | $16,200.00 | **$23,610.00** |
| Contractor 22 | Detox Duluth | $6,210.00 | |
| Contractor 22 | Detox Duluth | $1,200.00 | |
| Contractor 23 | Alpharetta Detox | $0.00 | |
| Contractor 24 | Millbury Detox | $138.75 | |
| Contractor 25 | Millbury Detox | $1,869.44 | $1,931.94 |
| Contractor 25 | Millbury Detox | $62.50 | |
| Contractor 26 | Millbury Detox | $2,975.00 | |
| Contractor 27 | Millbury Detox | $2,401.05 | |
| Contractor 28 | Toms River Detox | $4,080.00 | |
| Contractor 29 | Cherry Hill Detox | $5,100.00 | |
| Contractor 30 | Cherry Hill Detox, CC at Chery Hill | $8,075.00 | $9,186.67 |
| Contractor 30 | CC at Cherry Hill | $1,111.67 | |
| Contractor 31 | All NJ TCC Facilities | $5,040.00 | $7,303.33 |
| Contractor 31 | All NJ TCC Facilities | $2,263.33 | |

| Contractor | Facility | Amount | Total |
|---|---|---:|---:|
| Contractor 32 | All NJ TCC Facilities | $420.00 | |
| Contractor 33 | All NJ TCC Facilities | $9,329.17 | |
| Contractor 34 | All NJ TCC Facilities | $3,600.00 | |
| Contractor 35 | CC at Fair Lawn | $6,699.19 | |
| Contractor 36 | All NJ TCC Facilities | $10,382.22 | |
| Contractor 37 | CC at Freehold | $13,435.83 | |
| Contractor 38 | Stirling Detox (Sunrise Detox II) | $6,300.00 | **$17,812.67** |
| Contractor 38 | CC at Fair Lawn | $11,512.67 | |
| Contractor 39 | Lake Worth Detox (Sunrise Detox Ctr.) | $6,000.00 | $6,600.00 |
| Contractor 39 | FTL Detox (Sunrise Detox III) | $600.00 | |
| Contractor 40 | Orlando Detox | $720.00 | |
| Contractor 41 | Orlando Detox | $3,825.00 | |
| Contractor 42 | FTL Detox (Sunrise Detox III) & Lake Worth Detox (Sunrise Detox Ctr.) | $4,810.00 | |
| Contractor 43 | Lake Worth Detox (Sunrise Detox Ctr.) | $13,125.00 | **$19,075.00** |
| Contractor 43 | FTL Detox (Sunrise Detox III) | $5,950.00 | |
| Contractor 44 | Orlando Detox | $13,420.00 | |
| | **Total** | **$277,999.65** | |