

**ORDERED in the Southern District of Florida on August 25, 2025.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

PRAESUM HEALTHCARE SERVICES, LLC            Lead Case No. 25–19335–EPK
SERVICES, LLC, *et al.*,

    Debtors.                                                        Chapter 11
                                                                  (Jointly Administered)
_____/

**ORDER GRANTING *EMERGENCY* JOINT MOTION TO AUTHORIZE PAYMENT
OF PREPETITION WAGE OBLIGATIONS OF EMPLOYEES**

**THIS MATTER** came before the Court for hearing on August 20, 2025, upon the *Emergency Joint Motion to Authorize Payment of Prepetition Wage Obligations of Employees* (the "Motion") filed by debtors in possession, Praesum Healthcare Services, LLC *et al.* (the "Debtors"). ECF No. 36.[1] The Court, having reviewed the Motion, having heard the

_____

[1] The 28 Debtors in these jointly administered cases are: (1) Praesum Healthcare Services, LLC, Case No. 25-19335-EPK; (2) Evolve Recovery Center, LLC, Case No. 25-19336-EPK; (3) Evolve Recovery Center at Millbury LLC, Case No. 25-19340-EPK; (4) Sunrise Detox Alpharetta, LLC, Case No. 25-19343-EPK; (5) Sunrise Detox Brentwood, LLC, Case No. 25-19346-EPK; (6) Sunrise Detox Cherry Hill, LLC, Case No. 25-19348-EPK; (7) Sunrise Detox Duluth, LLC, Case No. 25-19356-EPK; (8) Sunrise Detox III, LLC, Case No. 25-19359-EPK; (9) Sunrise Detox Millbury, LLC, Case No. 25-19362-EPK; (10) Sunrise Detox Orlando, LLC, Case No. 25-19363-EPK; (11) Sunrise Detox Toms River, LLC, Case No. 25-19365-EPK; (12) The Counseling Center at Cherry Hill, LLC, Case No. 25-19366-EPK; (13) The Counseling Center at Clark, LLC, Case No. 25-19367-EPK; (14) The Counseling Center at Duluth, LLC, Case No. 25-19368-EPK; (15) The Counseling Center at Fair Lawn, LLC, Case No. 25-19337-EPK;

{2297/000/00476541}

statements of counsel, and being otherwise fully advised in the premises, makes the following **FINDINGS OF FACT:**

A.   A sound business justification exists for the Debtors to pay the Employees (as such term is defined in the Motion) the approximate amount of $1,453,518.20 in total gross wages, commissions and benefits owed to them for the period of month of August 3, 2025 through August 16, 2025, and to concurrently withhold all, if any, applicable taxes and benefit contributions.  A sound business justification also exists for the Debtors to clear, reissue, and otherwise pay the $41,572.38 in Uncleared Checks (as such term is defined in the Motion).

B.   The payment of the foregoing amounts is necessary to the reorganization process because the services supplied by the Employees are necessary for the Debtors to maintain their business operations on an interim basis.

C.   The Debtors' estates will be improved for the benefit of all creditors as a result of payments described herein.

D.   The relief requested in the Motion is necessary to avoid immediate and irreparable harm to the Debtors' estates and is in the best interests of the Debtors, the estates, and their creditors.

It is therefore **ORDERED** that:

1.   The Motion [ECF No. 36] is **GRANTED**, as provided herein, retroactive to August 20, 2025.

---

(16) The Counseling Center at Freehold, LLC, Case No. 25-19339-EPK; (17) The Counseling Center at Middlesex, LLC, Case No. 25-19341-EPK; (18) The Counseling Center at Robbinsville, LLC, Case No. 25-19342-EPK; (19) The Counseling Center at Roswell, LLC, Case No. 25-19344-EPK; (20) The Counseling Center at Roxbury, LLC, Case No. 25-19345-EPK; (21) The Counseling Center at Brunswicks, LLC, Case No. 25-19347-EPK; (22) The Counseling Center at Toms River, LLC, Case No. 25-19349-EPK; (23) The Counseling Center at West Caldwell, LLC, Case No. 25-19351-EPK; (24) The Counseling Center at Yorktown Heights, LLC, Case No. 25-19352-EPK; (25) Beacon Point Recovery Center LLC, Case No. 25-19354-EPK; (26) Sunrise Detoxification Center, LLC, Case No. 25-19355-EPK; (27) Sunrise Detox II, LLC, Case No. 25-19357-EPK; and (28) The Counseling Center at Millbury, LLC, Case No. 25-19358-EPK.

2. The Debtors are **AUTHORIZED** to pay the approximate $1,453,518.20 in prepetition compensation and related expenses set forth in Exhibit "B" to the Motion.

3. The Debtors are **AUTHORIZED** to clear, reissue, and otherwise pay the $41,572.38 in Uncleared Checks set forth in Exhibit "C" to the Motion.

4. Amounts deposited by City National Bank of Florida ("CNB") into the Debtors account(s) at CNB, including $1,255,354.94 for payment of the amounts set forth in this Order, $277,999.65 for payment of independent contractors in connection with the order at ECF No. 49, and $150,000 for payment of the retainer of Carol Fox as Chief Restructuring Officer, shall be treated as CNB's cash collateral, subject to the rights and protections provided for in the interim cash collateral order at ECF No. 39, as may be amended or supplemented by subsequent cash collateral orders.

5. This Order shall not be subject to the twenty-one (21) day time prohibition proscribed by Fed. R. Bankr. P. 6003 because the relief granted herein is necessary to avoid immediate and irreparable harm to the Debtors' estates.

6. Nothing herein shall affect or prejudice the Debtors, City National Bank of Florida, or any other party with respect to any previous sweep or setoff of any funds in the Debtors' deposit accounts with City National Bank of Florida.

###

Submitted by:

Bradley Shraiberg, Esq.
Shraiberg Page P.A.
Attorneys for the Debtors
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047
bshraiberg@slp.law

*Bradley Shraiberg, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.*