

**ORDERED in the Southern District of Florida on August 26, 2025.**

        **Erik P. Kimball**
        **Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| **In re:** | **Lead Case No. 25-19335-EPK** |
| | **Chapter 11** |
| **PRAESUM HEALTHCARE SERVICES, LLC,** *et al.*,[1] | **(Jointly Administered)** |
|       **Debtors.** | |
| _____/ | |

---

[1] The 28 Debtors in these jointly administered cases are: (1) Praesum Healthcare Services, LLC, Case No. 25-19335-EPK; (2) Evolve Recovery Center, LLC, Case No. 25-19336-EPK; (3) Evolve Recovery Center at Millbury LLC, Case No. 25-19340-EPK; (4) Sunrise Detox Alpharetta, LLC, Case No. 25-19343-EPK; (5) Sunrise Detox Brentwood, LLC, Case No. 25-19346-EPK; (6) Sunrise Detox Cherry Hill, LLC, Case No. 25-19348-EPK; (7) Sunrise Detox Duluth, LLC, Case No. 25-19356-EPK; (8) Sunrise Detox III, LLC, Case No. 25-19359-EPK; (9) Sunrise Detox Millbury, LLC, Case No. 25-19362-EPK; (10) Sunrise Detox Orlando, LLC, Case No. 25-19363-EPK; (11) Sunrise Detox Toms River, LLC, Case No. 25-19365-EPK; (12) The Counseling Center at Cherry Hill, LLC, Case No. 25-19366-EPK; (13) The Counseling Center at Clark, LLC, Case No. 25-19367-EPK; (14) The Counseling Center at Duluth, LLC, Case No. 25-19368-EPK; (15) The Counseling Center at Fair Lawn, LLC, Case No. 25-19337-EPK; (16) The Counseling Center at Freehold, LLC, Case No. 25-19339-EPK; (17) The Counseling Center at Middlesex, LLC, Case No. 25-19341-EPK; (18) The Counseling Center at Robbinsville, LLC, Case No. 25-19342-EPK; (19) The Counseling Center at Roswell, LLC, Case No. 25-19344-EPK; (20) The Counseling Center at Roxbury, LLC, Case No. 25-19345-EPK; (21) The Counseling Center at Brunswicks, LLC, Case No. 25-19347-EPK; (22) The Counseling Center at Toms River, LLC, Case No. 25-19349-EPK; (23) The Counseling Center at West Caldwell, LLC, Case No. 25-19351-EPK; (24) The Counseling Center at Yorktown Heights, LLC, Case No. 25-19352-EPK; (25) Beacon Point Recovery Center LLC, Case No. 25-19354-EPK; (26) Sunrise Detoxification Center, LLC, Case No. 25-19355-EPK; (27) Sunrise Detox II, LLC, Case No. 25-19357-EPK; and (28) The Counseling Center at Millbury, LLC, Case No. 25-19358-EPK.

## ORDER REGARDING SECTION 105(d) STATUS CONFERENCE AND ESTABLISHING PLAN AND DISCLOSURE STATEMENT FILING DEADLINES

The Court enters this Order *sua sponte*. To ensure this case proceeds in an efficient manner, the Court ORDERS as follows:

1. Praesum Healthcare Services, LLC *et al.* (the "Debtors") and/or any party in interest may file a request for the Court to hold a status conference under 11 U.S.C. § 105(d).

2. The Debtors must file a plan and disclosure statement no later than 120 days after the date of the order for relief under this chapter. If the Debtors fail to file timely a plan and disclosure statement, the Court may set a hearing to consider whether this case should be dismissed or converted.

###

Copy to:
Eric S. Pendergraft, Esq.

*Eric S. Pendergraft, Esq. is directed to serve a copy of this order on all appropriate parties and shall file a certificate of service with the Court.*