UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Praesum Healthcare Services, LLC,[1]     Case No. 25-19335-EPK
(Jointly Administered)

    Debtors.                                     Chapter 11
_____/

## NOTICE OF FILING BUDGET

The following twenty-eight chapter 11 Debtors, (1) Praesum Healthcare Services, LLC, (2) Evolve Recovery Center, LLC, (3) Evolve Recovery Center at Millbury LLC, (4) Sunrise Detox Alpharetta, LLC, (5) Sunrise Detox Brentwood, LLC, (6) Sunrise Detox Cherry Hill, LLC, (7) Sunrise Detox Duluth, LLC, (8) Sunrise Detox III, LLC, (9) Sunrise Detox Millbury, LLC, (10) Sunrise Detox Orlando, LLC, (11) Sunrise Detox Toms River, LLC, (12) The Counseling Center at Cherry Hill, LLC, (13) The Counseling Center at Clark, LLC, (14) The Counseling Center at Duluth, LLC, (15) The Counseling Center at Fair Lawn, LLC, (16) The Counseling Center at Freehold, LLC, (17) The Counseling Center at Middlesex, LLC, (18) The Counseling Center at Robbinsville, LLC, (19) The Counseling Center at Roswell, LLC, (20) The Counseling Center at

---

[1] The 28 Debtors in these jointly administered cases are: (1) Praesum Healthcare Services, LLC, Case No. 25-19335-EPK; (2) Evolve Recovery Center, LLC, Case No. 25-19336-EPK; (3) Evolve Recovery Center at Millbury LLC, Case No. 25-19340-EPK; (4) Sunrise Detox Alpharetta, LLC, Case No. 25-19343-EPK; (5) Sunrise Detox Brentwood, LLC, Case No. 25-19346-EPK; (6) Sunrise Detox Cherry Hill, LLC, Case No. 25-19348-EPK; (7) Sunrise Detox Duluth, LLC, Case No. 25-19356-EPK; (8) Sunrise Detox III, LLC, Case No. 25-19359-EPK; (9) Sunrise Detox Millbury, LLC, Case No. 25-19362-EPK; (10) Sunrise Detox Orlando, LLC, Case No. 25-19363-EPK; (11) Sunrise Detox Toms River, LLC, Case No. 25-19365-EPK; (12) The Counseling Center at Cherry Hill, LLC, Case No. 25-19366-EPK; (13) The Counseling Center at Clark, LLC, Case No. 25-19367-EPK; (14) The Counseling Center at Duluth, LLC, Case No. 25-19368-EPK; (15) The Counseling Center at Fair Lawn, LLC, Case No. 25-19337-EPK; (16) The Counseling Center at Freehold, LLC, Case No. 25-19339-EPK; (17) The Counseling Center at Middlesex, LLC, Case No. 25-19341-EPK; (18) The Counseling Center at Robbinsville, LLC, Case No. 25-19342-EPK; (19) The Counseling Center at Roswell, LLC, Case No. 25-19344-EPK; (20) The Counseling Center at Roxbury, LLC, Case No. 25-19345-EPK; (21) The Counseling Center at Brunswicks, LLC, Case No. 25-19347-EPK; (22) The Counseling Center at Toms River, LLC, Case No. 25-19349-EPK; (23) The Counseling Center at West Caldwell, LLC, Case No. 25-19351-EPK; (24) The Counseling Center at Yorktown Heights, LLC, Case No. 25-19352-EPK; (25) Beacon Point Recovery Center LLC, Case No. 25-19354-EPK; (26) Sunrise Detoxification Center, LLC, Case No. 25-19355-EPK; (27) Sunrise Detox II, LLC, Case No. 25-19357-EPK; and (28) The Counseling Center at Millbury, LLC, Case No. 25-19358-EPK.

Roxbury, LLC, (21) The Counseling Center at the Brunswicks, LLC, (22) The Counseling Center at Toms River, LLC, (23) The Counseling Center at West Caldwell, LLC, (24) The Counseling Center at Yorktown Heights, LLC, (25) Beacon Point Recovery Center LLC, (26) Sunrise Detoxification Center, LLC, (27) Sunrise Detox II, LLC, and (28) The Counseling Center at Millbury, LLC (the "**Debtors**"), by and through their undersigned counsel, hereby file the attached Budget in connection with the *Expedited* Joint Motion to Authorize Debtors' Continued Use of Cash Collateral Effective as of the Petition Date [ECF No. 15].

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on September 2, 2025.

        **SHRAIBERG PAGE P.A**.
        Proposed Attorney for Debtors
        2385 NW Executive Center Drive, #300
        Boca Raton, Florida 33431
        Telephone: 561-443-0800
        Facsimile: 561-998-0047
        Email: bss@slp.law

By: */s/ Bradley S. Shraiberg*
        Bradley S. Shraiberg
        Florida Bar No. 121622

# Praesum Healthcare Services, LLC, *et al.* [1]

**United States Bankruptcy Court - Southern District of Florida**
**Case No. 25-19335-EPK (Jointly Administered)**
**Two-Week Cash Disbursement Forecast**

| Week Ending | 1 | 2 |
|---|---|---|
| Description | 9/5/2025 | 9/12/2025 |
| Salaries, Wages and Benefits | $ 1,797,145 | $ 25,000 |
| 1099 Contractors | 82,030 | - |
| Corporate Insurance | 58,265 | - |
| Credit Cards | - | - |
| Patient Care | 70,990 | 124,925 |
| Rent | 520,964 | 849,994 |
| Janitorial | - | 145,000 |
| Repairs and Maintenance | - | 55,899 |
| Utilities | - | - |
| Consulting Fees | - | 311,644 |
| IT Cost | - | 22,117 |
| SBA EIDL Loan Installments | - | - |
| Bank Fees | 700 | - |
| Miscellaneous | 7,250 | 23,611 |
| Marketing | - | 55,800 |
| Critical Vendors | - | - |
| | $ 2,537,343 | $ 1,613,988 |

1. As jointly administered under Lead Case No. 25-19335-EPK and includes the following debtor affiliates:

   Beacon Point Recovery Center, LLC; Evolve Recovery Center at Millbury, LLC; Evolve Recovery Center, LLC; Sunrise Detox Alpharetta, LLC; Sunrise Detox Brentwood, LLC; Sunrise Detox Cherry Hill, LLC; Sunrise Detox Duluth, LLC; Sunrise Detox II, LLC; Sunrise Detox III, LLC; Sunrise Detox Millbury, LLC; Sunrise Orlando, LLC; Sunrise Detox Toms River, LLC;  Sunrise Detoxification Center, LLC; The Counseling Center at Cherry Hill, LLC; The Counseling Center at Clark, LLC; The Counseling Center at Duluth, LLC; The Counseling Center at Fair Lawn, LLC; The Counseling Center at Freehold, LLC; The Counseling at Middlesex, LLC; The Counseling Center at Millbury, LLC; The Counseling Center at Robbinsville, LLC; The Counseling Center at Roswell, LLC; The Counseling Center at Roxbury, LLC; The Counseling Center at the Brunswicks, LLC; The Counseling Center at Toms River, LLC; The Counseling Center at West Caldwell, LLC; The Counseling Center at Yorktown Heights, LLC