

**ORDERED in the Southern District of Florida on September 12, 2025.**

Erik P. Kimball
Chief United States Bankruptcy Judge

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

In re:

Praesum Healthcare Services, LLC,[1]

        Debtors.

_____/

Case No. 25-19335-EPK
(Jointly Administered)
Chapter 11

### SECOND INTERIM ORDER GRANTING, IN PART, ON TEMPORARY BASIS, *EXPEDITED* MOTION TO AUTHORIZE DEBTORS' CONTINUED USE OF CASH COLLATERAL AND SETTING FURTHER HEARING

---

[1] The 28 Debtors in these jointly administered cases are: (1) Praesum Healthcare Services, LLC, Case No. 25-19335-EPK; (2) Evolve Recovery Center, LLC, Case No. 25-19336-EPK; (3) Evolve Recovery Center at Millbury LLC, Case No. 25-19340-EPK; (4) Sunrise Detox Alpharetta, LLC, Case No. 25-19343-EPK; (5) Sunrise Detox Brentwood, LLC, Case No. 25-19346-EPK; (6) Sunrise Detox Cherry Hill, LLC, Case No. 25-19348-EPK; (7) Sunrise Detox Duluth, LLC, Case No. 25-19356-EPK; (8) Sunrise Detox III, LLC, Case No. 25-19359-EPK; (9) Sunrise Detox Millbury, LLC, Case No. 25-19362-EPK; (10) Sunrise Detox Orlando, LLC, Case No. 25-19363-EPK; (11) Sunrise Detox Toms River, LLC, Case No. 25-19365-EPK; (12) The Counseling Center at Cherry Hill, LLC, Case No. 25-19366-EPK; (13) The Counseling Center at Clark, LLC, Case No. 25-19367-EPK; (14) The Counseling Center at Duluth, LLC, Case No. 25-19368-EPK; (15) The Counseling Center at Fair Lawn, LLC, Case No. 25-19337-EPK; (16) The Counseling Center at Freehold, LLC, Case No. 25-19339-EPK; (17) The Counseling Center at Middlesex, LLC, Case No. 25-19341-EPK; (18) The Counseling Center at Robbinsville, LLC, Case No. 25-19342-EPK; (19) The Counseling Center at Roswell, LLC, Case No. 25-19344-EPK; (20) The Counseling Center at Roxbury, LLC, Case No. 25-19345-EPK; (21) The Counseling Center at Brunswicks, LLC, Case No. 25-19347-EPK; (22) The Counseling Center at Toms River, LLC, Case No. 25-19349-EPK; (23) The Counseling Center at West Caldwell, LLC, Case No. 25-19351-EPK; (24) The Counseling Center at Yorktown Heights, LLC, Case No. 25-19352-EPK; (25) Beacon Point Recovery Center LLC, Case No. 25-19354-EPK; (26) Sunrise Detoxification Center, LLC, Case No. 25-19355-EPK; (27) Sunrise Detox II, LLC, Case No. 25-19357-EPK; and (28) The Counseling Center at Millbury, LLC, Case No. 25-19358-EPK.

141543418.1

**THIS MATTER** came before the Court for a continued hearing on September 3, 2025 upon the *Expedited Motion to Authorize Debtors' Continued Use of Cash Collateral Effective as of the Petition Date* [ECF No. 15] (the "Motion") filed by the following twenty-eight chapter 11 Debtors, (1) Praesum Healthcare Services, LLC, (2) Evolve Recovery Center, LLC, (3) Evolve Recovery Center at Millbury LLC, (4) Sunrise Detox Alpharetta, LLC, (5) Sunrise Detox Brentwood, LLC, (6) Sunrise Detox Cherry Hill, LLC, (7) Sunrise Detox Duluth, LLC, (8) Sunrise Detox III, LLC, (9) Sunrise Detox Millbury, LLC, (10) Sunrise Detox Orlando, LLC, (11) Sunrise Detox Toms River, LLC, (12) The Counseling Center at Cherry Hill, LLC, (13) The Counseling Center at Clark, LLC, (14) The Counseling Center at Duluth, LLC, (15) The Counseling Center at Fair Lawn, LLC, (16) The Counseling Center at Freehold, LLC, (17) The Counseling Center at Middlesex, LLC, (18) The Counseling Center at Robbinsville, LLC, (19) The Counseling Center at Roswell, LLC, (20) The Counseling Center at Roxbury, LLC, (21) The Counseling Center at the Brunswicks, LLC, (22) The Counseling Center at Toms River, LLC, (23) The Counseling Center at West Caldwell, LLC, (24) The Counseling Center at Yorktown Heights, LLC, (25) Beacon Point Recovery Center LLC, (26) Sunrise Detoxification Center, LLC, (27) Sunrise Detox II, LLC, and (28) The Counseling Center at Millbury, LLC (the "**Debtors**").

Prior to the hearing, at ECF No. 68, the Debtor filed a proposed budget (the "**ECF No. 68 Budget**").

For the reasons stated on the record, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1.       The Motion [ECF No. 15] is **GRANTED** on an interim basis subject to a further interim hearing as set forth herein.

2

141543418.1

2.    <u>Further Budget</u>.  No later than September 12, 2025, the Debtors shall file a new budget, which shall set forth all expenditures absolutely necessary for the Debtors to expend through the end of September 18, 2025, and which, together with the ECF No. 68 Budget, are referred to herein as the "**Budgets.**"  The Debtors will consult with City National Bank of Florida ("CNB"), Funders App, LLC, AmerisourceBergen Drug Corporation, and ASD Specialty Healthcare LLC in connection with such further budget.

3.    <u>Prospective Budget</u>.  No later than September 16, 2025, the Debtors shall file a budget setting forth all necessary expenditures for the 30 days beginning on September 19, 2025. The Debtors will consult with CNB, Funders App, LLC, AmerisourceBergen Drug Corporation, and ASD Specialty Healthcare LLC in connection with such prospective budget.

4.    Amounts deposited by CNB into the Debtors' account(s) at CNB, including $750,000.00  on September 4, 2025 for payment of the amounts set forth in this Order $660,000.00 on August 22, 2025 for payment under prior cash collateral orders, and  $1,683,354.59 on August 20, 2025 for payments permitted by other orders,  shall be treated as CNB's cash collateral, subject to the rights and protections provided for in the interim cash collateral orders at ECF No. 39 and 50, as may be amended or supplemented by subsequent cash collateral orders, and shall be accounted for in connection with CNB's secured claim.

5.    <u>Use of Cash Collateral</u>.  The Debtors shall be entitled—through and including September 18, 2025—to use cash collateral to pay all ordinary and necessary expenses in the ordinary course of their businesses for the purposes contained in, and consistent with, the Budgets. The Debtors are also authorized: (a) to exceed any line item on the Budgets by an amount equal to ten (10%) percent of each such line item; or (b) to exceed any line item by more than ten (10%) percent so long as the total of all amounts in excess of all line items for the Budgets do not exceed

3

ten (10%) percent in the aggregate of the total Budgets.  The Debtors will provide CNB, Funders App, LLC, AmerisourceBergen Drug Corporation, and ASD Specialty Healthcare LLC with a monthly variance report reflecting actual to budgeted amount per line item.

6.    <u>Replacement Liens</u>.    Notwithstanding  the  provisions  of   section 552(a) of the Bankruptcy Code, and in addition to the security interests preserved by § 552(b) of the Bankruptcy Code, the Debtors grants in favor of CNB, Funders App, LLC, AmerisourceBergen Drug Corporation, and ASD Specialty Healthcare LLC, and the other creditors listed in Paragraph 9 of the Motion (collectively, the "**Creditor**s"), as security for all indebtedness that is owed by the Debtors to the same—but only to the extent that the Creditors' cash collateral is used by the Debtors—post-petition security interests and liens in, to and against any and all personal property assets of the Debtors, to the same extent and priority that the Creditors held a properly perfected pre-petition security interest in, or ownership of, such assets, if any; <u>provided that</u>, however, under no circumstances shall such entity have a lien on any causes of action arising under 11 U.S.C. § 542 *et seq.*, 547, 548, 549, 550, 551, or any of the Debtors' assets that it did not have a right to pre-petition.

7.    <u>Duration</u>.  The use of cash collateral provisions in this Order shall remain in effect through and including September 18, 2025, unless otherwise ordered by the Court in a separate order.

8.    <u>Setoff</u>. Nothing herein shall affect or prejudice the Debtors, CNB, Funders App, LLC,  AmerisourceBergen Drug Corporation, and ASD Specialty Healthcare LLC, or any other party with respect to any previous sweep or setoff of any funds in the Debtors' deposit accounts with CNB.

4

9.      <u>Further Hearing</u>. This Court will hold a further interim hearing to consider cash collateral and the Motion [ECF No. 15] on **September 18, 2025** at **1:30 p.m**. at the United States Bankruptcy Courthouse, Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B West Palm Beach, Florida 33401.  Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("**Zoom**"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing.  To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E.

All participants must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire.

###

Submitted by:

Bradley S. Shraiberg, Esq.
Proposed Counsel for the Debtors
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047
bss@slp.law

*Bradley S. Shraiberg is directed to serve a copy of this Order upon all interested parties and to file a certificate of service with the Court.*

141543418.1