

**ORDERED in the Southern District of Florida on September 22, 2025.**

*Erik P. Kimball*
**Erik P. Kimball
Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

In re:

Praesum Healthcare Services, LLC,[1]       Case No. 25-19335-EPK
                                                              (Jointly Administered)
     Debtors.                              Chapter 11
_____/

**ORDER APPROVING APPLICATION TO EMPLOY
<u>GENERAL BANKRUPTCY COUNSEL</u>**

         **THIS MATTER** came before the Court for hearing on September 10, 2025 upon the

---

[1] The 28 Debtors in these jointly administered cases are: (1) Praesum Healthcare Services, LLC, Case No. 25-19335-EPK; (2) Evolve Recovery Center, LLC, Case No. 25-19336-EPK; (3) Evolve Recovery Center at Millbury LLC, Case No. 25-19340-EPK; (4) Sunrise Detox Alpharetta, LLC, Case No. 25-19343-EPK; (5) Sunrise Detox Brentwood, LLC, Case No. 25-19346-EPK; (6) Sunrise Detox Cherry Hill, LLC, Case No. 25-19348-EPK; (7) Sunrise Detox Duluth, LLC, Case No. 25-19356-EPK; (8) Sunrise Detox III, LLC, Case No. 25-19359-EPK; (9) Sunrise Detox Millbury, LLC, Case No. 25-19362-EPK; (10) Sunrise Detox Orlando, LLC, Case No. 25-19363-EPK; (11) Sunrise Detox Toms River, LLC, Case No. 25-19365-EPK; (12) The Counseling Center at Cherry Hill, LLC, Case No. 25-19366-EPK; (13) The Counseling Center at Clark, LLC, Case No. 25-19367-EPK; (14) The Counseling Center at Duluth, LLC, Case No. 25-19368-EPK; (15) The Counseling Center at Fair Lawn, LLC, Case No. 25-19337-EPK; (16) The Counseling Center at Freehold, LLC, Case No. 25-19339-EPK; (17) The Counseling Center at Middlesex, LLC, Case No. 25-19341-EPK; (18) The Counseling Center at Robbinsville, LLC, Case No. 25-19342-EPK; (19) The Counseling Center at Roswell, LLC, Case No. 25-19344-EPK; (20) The Counseling Center at Roxbury, LLC, Case No. 25-19345-EPK; (21) The Counseling Center at Brunswicks, LLC, Case No. 25-19347-EPK; (22) The Counseling Center at Toms River, LLC, Case No. 25-19349-EPK; (23) The Counseling Center at West Caldwell, LLC, Case No. 25-19351-EPK; (24) The Counseling Center at Yorktown Heights, LLC, Case No. 25-19352-EPK; (25) Beacon Point Recovery Center LLC, Case No. 25-19354-EPK; (26) Sunrise Detoxification Center, LLC, Case No. 25-19355-EPK; (27) Sunrise Detox II, LLC, Case No. 25-19357-EPK; and (28) The Counseling Center at Millbury, LLC, Case No. 25-19358-EPK.

141543418.1

*Application to Employ Bradley Shraiberg, Esq. and Shraiberg Page P.A. as General Bankruptcy Counsel Effective as of the Petition Date* [ECF No. 13] (the "**Application**") filed by the 28 debtors listed in Footnote 1 of this Order (collectively, the "**Debtors**").

In the Application, the Debtors seeks to employ Bradley S. Shraiberg, Esq. and the law firm of Shraiberg Page P.A. (together, the "**Firm**") as the Debtors' general bankruptcy counsel retroactive to August 13, 2025.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).  The Court is authorized to grant the relief requested in the Application under 11 U.S.C. § 327 and Federal Rule of Bankruptcy Procedure 2014(a).  The Sworn Statement accompanying the Application makes relevant disclosures as required by Federal Rule of Bankruptcy Procedure 2014, and constitutes a verified statement demonstrating that the Firm is disinterested as required by 11 U.S.C. § 327.

Having reviewed the Application and Sworn Statement, for the reasons stated on the record, and being otherwise fully advised in the premises, it is ORDERED AND ADJUDGED that:

1. The Application [ECF No. 58] is APPROVED as set forth herein.

2. The Debtors' employment of the Firm as the Debtors' general bankruptcy counsel is APPROVED retroactive to August 13, 2025.

3. The terms of such employment, as set forth in the Application and the engagement letter agreement attached thereto as Exhibit A are APPROVED with the following modification: No interest or other penalties shall be charged, and no interest or other penalties shall accrue, on account of non-payment or late payment of any bill or invoice submitted by the Firm to the Debtors.

141543418.1

4. The Firm shall apply for compensation and reimbursement of expenses/costs, pursuant to 11 U.S.C. §§ 330 and 331 for services rendered and expenses/costs incurred on behalf of the Debtors.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

###

Submitted by:

Bradley S. Shraiberg, Esq.
Proposed Counsel for the Debtors
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047
bss@slp.law

*Bradley S. Shraiberg is directed to serve a copy of this Order upon all interested parties and to file a certificate of service with the Court.*

141543418.1