

**ORDERED in the Southern District of Florida on October 2, 2025.**

Erik P. Kimball
United States Bankruptcy Judge

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Praesum Healthcare Services, LLC,[1]      Case No. 25-19335-EPK
(Jointly Administered)

       Debtors.                             Chapter 11

_____/

## INTERIM ORDER GRANTING MOTION FOR
## POST-PETITION FINANCING FROM CITY NATIONAL BANK

---

[1] The 28 Debtors in these jointly administered cases are: (1) Praesum Healthcare Services, LLC, Case No. 25-19335-EPK; (2) Evolve Recovery Center, LLC, Case No. 25-19336-EPK; (3) Evolve Recovery Center at Millbury LLC, Case No. 25-19340-EPK; (4) Sunrise Detox Alpharetta, LLC, Case No. 25-19343-EPK; (5) Sunrise Detox Brentwood, LLC, Case No. 25-19346-EPK; (6) Sunrise Detox Cherry Hill, LLC, Case No. 25-19348-EPK; (7) Sunrise Detox Duluth, LLC, Case No. 25-19356-EPK; (8) Sunrise Detox III, LLC, Case No. 25-19359-EPK; (9) Sunrise Detox Millbury, LLC, Case No. 25-19362-EPK; (10) Sunrise Detox Orlando, LLC, Case No. 25-19363-EPK; (11) Sunrise Detox Toms River, LLC, Case No. 25-19365-EPK; (12) The Counseling Center at Cherry Hill, LLC, Case No. 25-19366-EPK; (13) The Counseling Center at Clark, LLC, Case No. 25-19367-EPK; (14) The Counseling Center at Duluth, LLC, Case No. 25-19368-EPK; (15) The Counseling Center at Fair Lawn, LLC, Case No. 25-19337-EPK; (16) The Counseling Center at Freehold, LLC, Case No. 25-19339-EPK; (17) The Counseling Center at Middlesex, LLC, Case No. 25-19341-EPK; (18) The Counseling Center at Robbinsville, LLC, Case No. 25-19342-EPK; (19) The Counseling Center at Roswell, LLC, Case No. 25-19344-EPK; (20) The Counseling Center at Roxbury, LLC, Case No. 25-19345-EPK; (21) The Counseling Center at Brunswicks, LLC, Case No. 25-19347-EPK; (22) The Counseling Center at Toms River, LLC, Case No. 25-19349-EPK; (23) The Counseling Center at West Caldwell, LLC, Case No. 25-19351-EPK; (24) The Counseling Center at Yorktown Heights, LLC, Case No. 25-19352-EPK; (25) Beacon Point Recovery Center LLC, Case No. 25-19354-EPK; (26) Sunrise Detoxification Center, LLC, Case No. 25-19355-EPK; (27) Sunrise Detox II, LLC, Case No. 25-19357-EPK; and (28) The Counseling Center at Millbury, LLC, Case No. 25-19358-EPK.

141762749.1

This matter came before the Court for hearing on September 24, 2025, upon the *Expedited Motion for Post-Petition Financing from City National Bank* [ECF No. 111] (the "Motion")[2] filed by the Debtors.

With the Court being fully advised in the premises, and for the reasons stated on the record, it is **ORDERED** that:

1. The Motion [ECF No. 111] is GRANTED on an interim basis.

2. The Debtors are authorized to obtain the full amount DIP Financing from CNB on the terms and conditions described in the Motion, subject to: (i) the removal of the lis pendens filed against the residence of Timothy Doran and (ii) execution and delivery of the mortgage on the residence of Timothy Doran in accordance with the Motion.

3. Pursuant to 11 U.S.C. § 364(d), the DIP Financing shall be secured by a lien on all of the Debtors' assets of equivalent priority to CNB's prepetition liens, to the extent that CNB holds a valid, properly perfected prepetition lien on any of the Debtors' assets.

4. Upon CNB's advance of the full amount of the DIP Financing, the Debtors and their estates will be deemed to have released CNB from any and all claims arising out of the Setoff.

5. The Court will hold a further hearing on the Motion on October 15, 2025, at 1:30 p.m. at the United States Bankruptcy Courthouse, Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B West Palm Beach, Florida 33401. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date

---

[2] Capitalized terms not otherwise defined herein shall have the same meaning as in the Motion.

of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E.

All participants must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire.

###

Submitted by:

Bradley S. Shraiberg, Esq.
**SHRAIBERG PAGE P.A.**
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
bss@slp.law

*Bradley S. Shraiberg, Esq. is directed to serve a copy of this order on all parties of record and file a certificate of service with the Court.*

141762749.1