

**ORDERED in the Southern District of Florida on October 22, 2025.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

Praesum Healthcare Services, LLC,[1]            Case No. 25-19335-EPK
(Jointly Administered)

     Debtors.                                              Chapter 11
_____/

**ORDER GRANTING EXPEDITED MOTION TO COMPEL DISCHARGE OF LIS**

---

[1] The 28 Debtors in these jointly administered cases are: (1) Praesum Healthcare Services, LLC, Case No. 25-19335-EPK; (2) Evolve Recovery Center, LLC, Case No. 25-19336-EPK; (3) Evolve Recovery Center at Millbury LLC, Case No. 25-19340-EPK; (4) Sunrise Detox Alpharetta, LLC, Case No. 25-19343-EPK; (5) Sunrise Detox Brentwood, LLC, Case No. 25-19346-EPK; (6) Sunrise Detox Cherry Hill, LLC, Case No. 25-19348-EPK; (7) Sunrise Detox Duluth, LLC, Case No. 25-19356-EPK; (8) Sunrise Detox III, LLC, Case No. 25-19359-EPK; (9) Sunrise Detox Millbury, LLC, Case No. 25-19362-EPK; (10) Sunrise Detox Orlando, LLC, Case No. 25-19363-EPK; (11) Sunrise Detox Toms River, LLC, Case No. 25-19365-EPK; (12) The Counseling Center at Cherry Hill, LLC, Case No. 25-19366-EPK; (13) The Counseling Center at Clark, LLC, Case No. 25-19367-EPK; (14) The Counseling Center at Duluth, LLC, Case No. 25-19368-EPK; (15) The Counseling Center at Fair Lawn, LLC, Case No. 25-19337-EPK; (16) The Counseling Center at Freehold, LLC, Case No. 25-19339-EPK; (17) The Counseling Center at Middlesex, LLC, Case No. 25-19341-EPK; (18) The Counseling Center at Robbinsville, LLC, Case No. 25-19342-EPK; (19) The Counseling Center at Roswell, LLC, Case No. 25-19344-EPK; (20) The Counseling Center at Roxbury, LLC, Case No. 25-19345-EPK; (21) The Counseling Center at Brunswicks, LLC, Case No. 25-19347-EPK; (22) The Counseling Center at Toms River, LLC, Case No. 25-19349-EPK; (23) The Counseling Center at West Caldwell, LLC, Case No. 25-19351-EPK; (24) The Counseling Center at Yorktown Heights, LLC, Case No. 25-19352-EPK; (25) Beacon Point Recovery Center LLC, Case No. 25-19354-EPK; (26) Sunrise Detoxification Center, LLC, Case No. 25-19355-EPK; (27) Sunrise Detox II, LLC, Case No. 25-19357-EPK; and (28) The Counseling Center at Millbury, LLC, Case No. 25-19358-EPK.

**PENDENS AND TO ENFORCE THE AUTOMATIC STAY AGAINST INSTAFUNDINGUT, LLC AND GEORGE A. RIEMER, ESQ. AND FOR SANCTIONS**

**THIS MATTER** came before the Court for hearing on October 22, 2025 upon the *Expedited Motion to Compel Discharge of Lis Pendens and to Enforce Automatic Stay against InstafundingUT, LLC and George A. Riemer, Esq. and for Sanctions* [ECF No. 161] (the "Motion")[2] filed by the Debtors.

For the reasons stated on the record, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1. The Motion [ECF No. 161] is GRANTED as provided herein.

2. Instafunding and George A. Riemer, Esq. are directed to immediately file a discharge of the Lis Pendens.

# # #

Submitted by:

Samuel W. Hess
**SHRAIBERG PAGE P.A.**
Counsel for the Debtor
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047
shess@slp.law

*Samuel W. Hess is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.*

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

4925-1961-7137, v. 1