

**ORDERED in the Southern District of Florida on October 29, 2025.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Praesum Healthcare Services, LLC,[1]             Case No. 25-19335-EPK
(Jointly Administered)

    Debtors.                                Chapter 11
_____/

## FINAL ORDER GRANTING MOTION FOR
## POST-PETITION FINANCING FROM CITY NATIONAL BANK

---

[1] The 28 Debtors in these jointly administered cases are: (1) Praesum Healthcare Services, LLC, Case No. 25-19335-EPK; (2) Evolve Recovery Center, LLC, Case No. 25-19336-EPK; (3) Evolve Recovery Center at Millbury LLC, Case No. 25-19340-EPK; (4) Sunrise Detox Alpharetta, LLC, Case No. 25-19343-EPK; (5) Sunrise Detox Brentwood, LLC, Case No. 25-19346-EPK; (6) Sunrise Detox Cherry Hill, LLC, Case No. 25-19348-EPK; (7) Sunrise Detox Duluth, LLC, Case No. 25-19356-EPK; (8) Sunrise Detox III, LLC, Case No. 25-19359-EPK; (9) Sunrise Detox Millbury, LLC, Case No. 25-19362-EPK; (10) Sunrise Detox Orlando, LLC, Case No. 25-19363-EPK; (11) Sunrise Detox Toms River, LLC, Case No. 25-19365-EPK; (12) The Counseling Center at Cherry Hill, LLC, Case No. 25-19366-EPK; (13) The Counseling Center at Clark, LLC, Case No. 25-19367-EPK; (14) The Counseling Center at Duluth, LLC, Case No. 25-19368-EPK; (15) The Counseling Center at Fair Lawn, LLC, Case No. 25-19337-EPK; (16) The Counseling Center at Freehold, LLC, Case No. 25-19339-EPK; (17) The Counseling Center at Middlesex, LLC, Case No. 25-19341-EPK; (18) The Counseling Center at Robbinsville, LLC, Case No. 25-19342-EPK; (19) The Counseling Center at Roswell, LLC, Case No. 25-19344-EPK; (20) The Counseling Center at Roxbury, LLC, Case No. 25-19345-EPK; (21) The Counseling Center at Brunswicks, LLC, Case No. 25-19347-EPK; (22) The Counseling Center at Toms River, LLC, Case No. 25-19349-EPK; (23) The Counseling Center at West Caldwell, LLC, Case No. 25-19351-EPK; (24) The Counseling Center at Yorktown Heights, LLC, Case No. 25-19352-EPK; (25) Beacon Point Recovery Center LLC, Case No. 25-19354-EPK; (26) Sunrise Detoxification Center, LLC, Case No. 25-19355-EPK; (27) Sunrise Detox II, LLC, Case No. 25-19357-EPK; and (28) The Counseling Center at Millbury, LLC, Case No. 25-19358-EPK.

141762749.1

THIS MATTER came before the Court for continued hearing on October 15, 2025, upon the *Expedited Motion for Post-Petition Financing from City National Bank* [ECF No. 111] (the "Motion")[2] filed by the Debtors.

For the reasons stated on the record, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1. The Motion [ECF No. 111] is GRANTED on a final basis. This Order supersedes the Interim Order entered on October 3, 2025 [ECF No. 136].

2. The Debtors are authorized to obtain the full amount of DIP Financing from CNB on the terms and conditions described in the Motion, subject to: (i) the removal of the *lis pendens* filed against the residence of Timothy Doran and (ii) execution and delivery of the mortgage on the residence of Timothy Doran in accordance with the Motion.

3. Pursuant to 11 U.S.C. § 364(d), the DIP Financing shall be secured by a lien on all of the Debtors' assets of equivalent priority to CNB's prepetition liens, to the extent that CNB holds a valid, properly perfected prepetition lien on any of the Debtors' assets.

4. The Court retains jurisdiction to enforce the terms of the settlement agreement between the Debtors and CNB, including the release of CNB from any and all claims arising from the Setoff, as agreed at the Joint Settlement Conference held on September 17, 2025, the transcript of which was transcribed by J&J Court Transcribers, Inc. on or about October 20, 2025.

###

Submitted by:
Bradley S. Shraiberg, Esq.
**SHRAIBERG PAGE P.A.**
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800/Fax: 561-998-0047
bss@slp.law

*Bradley S. Shraiberg, Esq. is directed to serve a copy of this order on all parties of record and file a certificate of service with the Court.*

---

[2] Capitalized terms not otherwise defined herein shall have the same meaning as in the Motion.

141762749.1