

**ORDERED in the Southern District of Florida on October 31, 2025.**

  Erik P. Kimball
  United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Praesum Healthcare Services, LLC,[1]       Case No. 25-19335-EPK
(Jointly Administered)

    Debtors.      Chapter 11
_____/

## FINAL ORDER GRANTING MOTION TO MAINTAIN PREPETITION BANK ACCOUNTS

---

[1] The 28 Debtors in these jointly administered cases are: (1) Praesum Healthcare Services, LLC, Case No. 25-19335-EPK; (2) Evolve Recovery Center, LLC, Case No. 25-19336-EPK; (3) Evolve Recovery Center at Millbury LLC, Case No. 25-19340-EPK; (4) Sunrise Detox Alpharetta, LLC, Case No. 25-19343-EPK; (5) Sunrise Detox Brentwood, LLC, Case No. 25-19346-EPK; (6) Sunrise Detox Cherry Hill, LLC, Case No. 25-19348-EPK; (7) Sunrise Detox Duluth, LLC, Case No. 25-19356-EPK; (8) Sunrise Detox III, LLC, Case No. 25-19359-EPK; (9) Sunrise Detox Millbury, LLC, Case No. 25-19362-EPK; (10) Sunrise Detox Orlando, LLC, Case No. 25-19363-EPK; (11) Sunrise Detox Toms River, LLC, Case No. 25-19365-EPK; (12) The Counseling Center at Cherry Hill, LLC, Case No. 25-19366-EPK; (13) The Counseling Center at Clark, LLC, Case No. 25-19367-EPK; (14) The Counseling Center at Duluth, LLC, Case No. 25-19368-EPK; (15) The Counseling Center at Fair Lawn, LLC, Case No. 25-19337-EPK; (16) The Counseling Center at Freehold, LLC, Case No. 25-19339-EPK; (17) The Counseling Center at Middlesex, LLC, Case No. 25-19341-EPK; (18) The Counseling Center at Robbinsville, LLC, Case No. 25-19342-EPK; (19) The Counseling Center at Roswell, LLC, Case No. 25-19344-EPK; (20) The Counseling Center at Roxbury, LLC, Case No. 25-19345-EPK; (21) The Counseling Center at Brunswicks, LLC, Case No. 25-19347-EPK; (22) The Counseling Center at Toms River, LLC, Case No. 25-19349-EPK; (23) The Counseling Center at West Caldwell, LLC, Case No. 25-19351-EPK; (24) The Counseling Center at Yorktown Heights, LLC, Case No. 25-19352-EPK; (25) Beacon Point Recovery Center LLC, Case No. 25-19354-EPK; (26) Sunrise Detoxification Center, LLC, Case No. 25-19355-EPK; (27) Sunrise Detox II, LLC, Case No. 25-19357-EPK; and (28) The Counseling Center at Millbury, LLC, Case No. 25-19358-EPK.

{2505/000/00578948}

**THIS MATTER** came before the Court for hearing on October 22, 2025, upon the *Motion to Maintain Prepetition Bank Accounts and Cash Management System* [ECF No. 128] (the "Motion")[2] filed by the Debtors.

For the reasons stated on the record, and with the Court being fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1. The Motion [ECF No. 128] is **GRANTED** on an final basis as provided herein.

2. The Debtors are authorized to maintain and continue to use the Accounts on a post-petition basis, subject to the terms of this Order.

3. The Debtor shall perform weekly sweeps of any non-debtor-in-possession Accounts net of operating expenses into debtor-in-possession Accounts or more frequently if necessary to ensure that the balance of any single non-debtor-in-possession Account does not exceed $250,000.00.

4. For all monthly operating reports filed by the Debtor, the Debtor must attach as exhibits bank statements for all accounts open at any time during the period covered by the monthly operating report.

### 

Submitted by:

Samuel W. Hess, Esq.
Counsel for the Debtor
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047
Email: jpage@slp.law

*Samuel W. Hess, Esq. is directed to serve a copy of this Order upon all interested parties and to file a certificate of service with the Court.*

---

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

{2505/000/00578948}

2