**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re:**

**Praesum Healthcare Services, LLC, et al.,[1]**     Case No. 25-19335-EPK
**(Jointly Administered)**

    **Debtors.**                                              Chapter 11
_____/

---

[1] The 28 debtors in these jointly administered cases are: (1) Praesum Healthcare Services, LLC; (2) Evolve Recovery Center, LLC; (3) Evolve Recovery Center at Millbury LLC; (4) Sunrise Detox Alpharetta, LLC; (5) Sunrise Detox Brentwood, LLC; (6) Sunrise Detox Cherry Hill, LLC; (7) Sunrise Detox Duluth, LLC; (8) Sunrise Detox III, LLC; (9) Sunrise Detox Millbury, LLC; (10) Sunrise Detox Orlando, LLC; (11) Sunrise Detox Toms River, LLC; (12) The Counseling Center at Cherry Hill, LLC; (13) The Counseling Center at Clark, LLC; (14) The Counseling Center at Duluth, LLC; (15) The Counseling Center at Fair Lawn, LLC; (16) The Counseling Center at Freehold, LLC; (17) The Counseling Center at Middlesex, LLC; (18) The Counseling Center at Robbinsville, LLC; (19) The Counseling Center at Roswell, LLC; (20) The Counseling Center at Roxbury, LLC; (21) The Counseling Center at Brunswicks, LLC; (22) The Counseling Center at Toms River, LLC; (23) The Counseling Center at WestCaldwell, LLC; (24) The Counseling Center at Yorktown Heights, LLC; (25) Beacon Point Recovery Center LLC; (26) Sunrise Detoxification Center, LLC; (27) Sunrise Detox II, LLC; and (28) The Counseling Center at Millbury, LLC (collectively, the "**Debtors**").

**ORDER GRANTING MOTION OF SECURED CREDITOR, INSTAFUNDINGUT, LLC, FOR REPLACEMENT LIENS AS ADEQUATE PROTECTION**

**THIS MATTER** came before the United States Bankruptcy Court for the Southern District of Florida (the "**Court**") for hearing on November __, 2025 at __:__ _.M (EST) upon the *Motion of Secured Creditor, InstafundingUT, LLC, for Replacement Liens as Adequate Protection* (Dkt No. __) (the "**Motion**") filed by InstafundingUT, LLC ("**InstafundingUT**") in the above-captioned Chapter 11 cases; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that proper and adequate notice has been given and that no other or further notice is required; and upon the record herein; and the Court having determined that for the reasons stated on the record that sufficient cause exists to grant the Motion; and after due deliberation thereon, it is

**ORDERED** as follows:

1. The Motion is **GRANTED.**

2. <u>Use of Cash Collateral</u>. The Debtors shall be entitled to continue its use of InstafundingUT's collateral subject to the terms set forth in *Fourth Interim Order Granting, in Part, on Temporary Basis, Expedited Motion to Authorize Debtors' Continued Use of Cash Collateral and Setting Further Hearing* (Dkt No. 172).

3. <u>Replacement Liens</u>. Notwithstanding the provisions of Section 552(a) of the Bankruptcy Code, and in addition to the security interests preserved by Section 552(b) of the Bankruptcy Code, InstafundingUT is granted, as security for all indebtedness that is owed by the Debtors to InstafundingUT—but only to the extent that InstafundingUT's cash collateral was and is used by the Debtors—post-petition security interests and liens in, to and against any and all personal property assets of the Debtors, to the same extent and priority that Instafunding held a property perfected pre-petition security interest in, or ownership of, such assets, if any; <u>provided</u>

2

<u>that</u>, however, under no circumstances shall InstafundingUT have a lien on any causes of action arising under 11 U.S.C. § 542 *et seq.*, 547, 548, 549, 550, 551, or any of the Debtors' assets that it did not have a right to pre-petition.

4. <u>Setoff</u>. Nothing herein shall affect or prejudice InstafundingUT with respect to any previous sweep or setoff of any funds in the Debtors' deposit accounts with City National Bank.

###

Submitted by:

Alexander Lewitt, Esq.
Edelboim Lieberman PLLC
2875 NE 191st St., PH One
Miami, FL 33180
T: (305) 768-9909
F: (305) 928-1114

Copies furnished to:

Alexander Lewitt, Esq. is directed to serve a conformed copy of this Order on all interested parties and file a certificate of service with the Court.

3