UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Praesum Healthcare Services, LLC,[1]           Case No. 25-19335-EPK
(Jointly Administered)

    Debtors.                                  Chapter 11
_____/

**NOTICE OF FILING EXHIBIT "C" TO THE *EXPEDITED* MOTION FOR PRIMING POST-PETITION FINANCING FROM eCAPITAL HEALTHCARE, CORP.**

The Debtors, by and through their undersigned counsel, hereby file the attached Exhibit "C" to the *Expedited* Motion for Priming Post-Petition Financing from eCapital Healthcare, Corp. [ECF No. 265].

---

[1] The 28 Debtors in these jointly administered cases are: (1) Praesum Healthcare Services, LLC, Case No. 25-19335-EPK; (2) Evolve Recovery Center, LLC, Case No. 25-19336-EPK; (3) Evolve Recovery Center at Millbury LLC, Case No. 25-19340-EPK; (4) Sunrise Detox Alpharetta, LLC, Case No. 25-19343-EPK; (5) Sunrise Detox Brentwood, LLC, Case No. 25-19346-EPK; (6) Sunrise Detox Cherry Hill, LLC, Case No. 25-19348-EPK; (7) Sunrise Detox Duluth, LLC, Case No. 25-19356-EPK; (8) Sunrise Detox III, LLC, Case No. 25-19359-EPK; (9) Sunrise Detox Millbury, LLC, Case No. 25-19362-EPK; (10) Sunrise Detox Orlando, LLC, Case No. 25-19363-EPK; (11) Sunrise Detox Toms River, LLC, Case No. 25-19365-EPK; (12) The Counseling Center at Cherry Hill, LLC, Case No. 25-19366-EPK; (13) The Counseling Center at Clark, LLC, Case No. 25-19367-EPK; (14) The Counseling Center at Duluth, LLC, Case No. 25-19368-EPK; (15) The Counseling Center at Fair Lawn, LLC, Case No. 25-19337-EPK; (16) The Counseling Center at Freehold, LLC, Case No. 25-19339-EPK; (17) The Counseling Center at Middlesex, LLC, Case No. 25-19341-EPK; (18) The Counseling Center at Robbinsville, LLC, Case No. 25-19342-EPK; (19) The Counseling Center at Roswell, LLC, Case No. 25-19344-EPK; (20) The Counseling Center at Roxbury, LLC, Case No. 25-19345-EPK; (21) The Counseling Center at Brunswicks, LLC, Case No. 25-19347-EPK; (22) The Counseling Center at Toms River, LLC, Case No. 25-19349-EPK; (23) The Counseling Center at West Caldwell, LLC, Case No. 25-19351-EPK; (24) The Counseling Center at Yorktown Heights, LLC, Case No. 25-19352-EPK; (25) Beacon Point Recovery Center LLC, Case No. 25-19354-EPK; (26) Sunrise Detoxification Center, LLC, Case No. 25-19355-EPK; (27) Sunrise Detox II, LLC, Case No. 25-19357-EPK; and (28) The Counseling Center at Millbury, LLC, Case No. 25-19358-EPK.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on November 17, 2025.

        **SHRAIBERG PAGE P.A.**
        Attorney for Debtors
        2385 NW Executive Center Drive, #300
        Boca Raton, Florida 33431
        Telephone: 561-443-0800
        Facsimile: 561-998-0047
        Email: bss@slp.law
        Email: ependergraft@slp.law

        By: */s/ Bradley S. Shraiberg*
            Bradley S. Shraiberg
            Florida Bar No. 121622
            Eric Pendergraft
            Florida Bar No. 91927

# EXHIBIT C

**Praesum Healthcare Services, LLC,** *et al.*

United States Bankruptcy Court - Southern District of Florida
Case No. 25-19335-EPK (Jointly Administered)
4-Wall EBITDA - September 1, 2024 through August 31, 2025

| Type | Debtor Entity | Beds | Square Footage | Net Revenue | Net Revenue Rank | 4 Wall EBITDA | 4 Wall Rank | Other Adjustments | Adjusted 4 Wall EBITDA | Adjusted 4 Wall EBITDA Rank | % of Adjusted 4 Wall EBITDA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Recovery Center | Beacon Point Recovery Center LLC | 130 | 66,800 | 14,919,283 | 1 | 2,932,430 | 1 | - | 2,932,430 | 1 | 15.04% |
| Detox | Sunrise Detox Toms River, LLC | 39 | 16,000 | 8,888,274 | 3 | 2,371,908 | 2 | (312,268) | 2,684,177 | 2 | 13.77% |
| Detox | Sunrise Detox Brentwood, LLC | 20 | 15,000 | 6,672,593 | 5 | 1,921,193 | 4 | (601,224) | 2,522,417 | 3 | 12.94% |
| Detox | Sunrise Detox Orlando, LLC | 40 | 40,000 | 9,026,659 | 2 | 1,536,424 | 6 | (773,002) | 2,309,426 | 4 | 11.85% |
| Recovery Center | Evolve Recovery Center at Millbury, LLC | 37 | 14,500 | 4,632,543 | 9 | 2,011,767 | 3 | (257,667) | 2,269,434 | 5 | 11.64% |
| Recovery Center | Evolve Recovery Center, LLC | 21 | 12,000 | 3,809,391 | 13 | 1,799,441 | 5 | (142,512) | 1,941,953 | 6 | 9.96% |
| Counseling Center | The Counseling Center at Toms River, LLC | | 4,400 | 4,383,362 | 10 | 1,480,348 | 7 | (344,195) | 1,824,543 | 7 | 9.36% |
| Detox | Sunrise Detox Duluth, LLC | 15 | 9,000 | 5,535,918 | 7 | 1,416,298 | 8 | (260,335) | 1,676,633 | 8 | 8.60% |
| Detox | Sunrise Detox Cherry Hill, LLC | 20 | 11,000 | 4,739,848 | 8 | 406,358 | 10 | (515,335) | 921,693 | 9 | 4.73% |
| Counseling Center | The Counsel Center at Fair Lawn, LLC | | 5,500 | 3,369,586 | 14 | 536,344 | 9 | (257,667) | 794,012 | 10 | 4.07% |
| Detox | Sunrise Detox Alpharetta, LLC | 31 | 15,000 | 6,232,105 | 6 | 86,936 | 15 | (601,224) | 688,160 | 11 | 3.53% |
| Counseling Center | The Counseling Center at Millbury, LLC | | 6,000 | 1,105,697 | 18 | 245,456 | 11 | (85,889) | 331,345 | 12 | 1.70% |
| Counseling Center | The Counseling Center at West Caldwell, LLC | | 1,600 | 1,223,575 | 17 | 239,738 | 12 | (85,889) | 325,627 | 13 | 1.67% |
| Counseling Center | The Counseling Center at Freehold, LLC | | 2,500 | 1,625,951 | 16 | 26,612 | 16 | (257,667) | 284,279 | 14 | 1.46% |
| Counseling Center | The Counseling Center at Middlesex, LLC | | 1,800 | 892,814 | 20 | 190,285 | 13 | (85,889) | 276,174 | 15 | 1.42% |
| Counseling Center | The Counseling Center at Clark, LLC | | 3,500 | 981,552 | 19 | (93,784) | 19 | (171,778) | 77,994 | 16 | 0.40% |
| Counseling Center | The Counseling Center at Roxbury, LLC | | 1,800 | 657,469 | 22 | (51,900) | 17 | (85,889) | 33,989 | 17 | 0.17% |
| Counseling Center | The Counseling Center at Yorktown Heights, LLC | | 4,000 | 862,356 | 21 | (74,099) | 18 | (85,889) | 11,790 | 18 | 0.06% |
| Counseling Center | The Counseling Center at Cherry Hill, LLC | | 2,300 | 626,276 | 23 | (107,112) | 20 | (85,889) | (21,223) | 19 | -0.11% |
| Counseling Center | The Counseling Center at Brunswick, LLC | | 2,000 | 476,806 | 24 | (163,058) | 21 | (85,889) | (77,169) | 20 | -0.40% |
| Counseling Center | The Counseling Center at Robbinsville, LLC | | 2,500 | 362,453 | 25 | (240,703) | 22 | (85,889) | (154,814) | 21 | -0.79% |
| Counseling Center | The Counseling Center at Duluth, LLC | | 3,000 | 219,426 | 26 | (247,123) | 24 | (85,889) | (161,234) | 22 | -0.83% |
| Counseling Center | The Counseling Center at Roswell, LLC | | 2,500 | 15,918 | 27 | (241,289) | 23 | (42,945) | (198,345) | 23 | -1.02% |
| Detox | Sunrise Detox Millbury, LLC | 39 | 14,500 | 7,006,725 | 4 | 101,214 | 14 | 344,852 | (243,638) | 24 | -1.25% |
| Detox | Sunrise Detox III, LLC | 36 | 16,000 | 4,223,285 | 11 | (843,453) | 25 | (515,335) | (328,119) | 25 | -1.68% |
| Detox | Sunrise Detox II, LLC | 21 | 10,500 | 2,465,424 | 15 | (850,497) | 26 | (429,446) | (421,052) | 26 | -2.16% |
| Detox | Sunrise Detoxification Center, LLC | 36 | 15,000 | 4,006,804 | 12 | (1,406,129) | 27 | (601,224) | (804,905) | 27 | -4.13% |
| | | | | $ 98,962,093 | | $ 12,983,602 | | $ (6,511,975) | $ 19,495,577 | | 100.00% |