UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

PRAESUM HEALTHCARE SERVICES, LLC,[1]   Case No. 25-19335-EPK
                                        (Jointly Administered)
                                        Chapter 11
          Debtors.
_____/

### JOINT MOTION FOR EXTENSION OF TIME TO OBJECT TO THE RELIEF SOUGHT IN EXPEDITED MOTION FOR PRIMING POST-PETITION FINANCING FROM eCAPITOL HEALTHCARE, CORP.

Creditors, AmerisourceBergen Drug Corporation and ASD Specialty Healthcare LLC (collectively, the "Creditors"), jointly with the Debtors in the above-captioned case (as named in footnote 1 below, the "Debtors" and together with Creditors, the "Parties")), file this motion (the "Motion") requesting an order extending the time for Creditors to object to the *Expedited Motion for Priming Post-Petition Financing from eCapitol Healthcare, Corp.* (the "DIP Motion") [ECF No. 265] and in support assert as follows:

1. On August 13, 2025 (the "Petition Date"), each of the Debtors filed a voluntary

---

[1] The 28 Debtors in these jointly administered cases are: (1) Praesum Healthcare Services, LLC, Case No. 25-19335-EPK; (2) Evolve Recovery Center, LLC, Case No. 25-19336-EPK; (3) Evolve Recovery Center at Millbury LLC, Case No. 25-19340-EPK; (4) Sunrise Detox Alpharetta, LLC, Case No. 25-19343-EPK; (5) Sunrise Detox Brentwood, LLC, Case No. 25-19346-EPK; (6) Sunrise Detox Cherry Hill, LLC, Case No. 25-19348-EPK; (7) Sunrise Detox Duluth, LLC, Case No. 25-19356-EPK; (8) Sunrise Detox III, LLC, Case No. 25-19359-EPK; (9) Sunrise Detox Millbury, LLC, Case No. 25-19362-EPK; (10) Sunrise Detox Orlando, LLC, Case No. 25-19363-EPK; (11) Sunrise Detox Toms River, LLC, Case No. 25-19365-EPK; (12) The Counseling Center at Cherry Hill, LLC, Case No. 25-19366-EPK; (13) The Counseling Center at Clark, LLC, Case No. 25-19367-EPK; (14) The Counseling Center at Duluth, LLC, Case No. 25-19368-EPK; (15) The Counseling Center at Fair Lawn, LLC, Case No. 25-19337-EPK; (16) The Counseling Center at Freehold, LLC, Case No. 25-19339-EPK; (17) The Counseling Center at Middlesex, LLC, Case No. 25-19341-EPK; (18) The Counseling Center at Robbinsville, LLC, Case No. 25-19342-EPK; (19) The Counseling Center at Roswell, LLC, Case No. 25-19344-EPK; (20) The Counseling Center at Roxbury, LLC, Case No. 25-19345-EPK; (21) The Counseling Center at Brunswicks, LLC, Case No. 25-19347-EPK; (22) The Counseling Center at Toms River, LLC, Case No. 25-19349-EPK; (23) The Counseling Center at West Caldwell, LLC, Case No. 25-19351-EPK; (24) The Counseling Center at Yorktown Heights, LLC, Case No. 25-19352-EPK; (25) Beacon Point Recovery Center LLC, Case No. 25-19354-EPK; (26) Sunrise Detoxification Center, LLC, Case No. 25-19355-EPK; (27) Sunrise Detox II, LLC, Case No. 25-19357-EPK; and (28) The Counseling Center at Millbury, LLC, Case No. 25-19358-EPK.

35487126-3

petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq*.

2.      ASD Specialty Healthcare LLC has a validly existing duly perfected first priority security interest in the assets of Sunrise Detox Millbury, LLC under a Business Application and Agreement and perfected by the filing of a Form UCC-1 Financing Statement and Amendment filed with the Delaware Secretary of State. [Case No. 25-19362-EPK, Claim 6-1; s*ee also* ECF No. 265, ¶ 15].

3.      On October 24, 2025, the Debtors filed an *Amended Motion for Authorization to Pay Critical Vendor* (the "Critical Vendor Motion"), seeking authority to treat Creditors as a critical vendor and to pay their pre-petition claims against the Debtors. [ECF No. 180, ¶ 11].

4.      On November 12, 2025, the Court held a hearing on the Critical Vendor Motion. At the aforementioned hearing, the Debtors proffered the testimony of their chief operating officer in support of the motion. The proffer of evidence acknowledged the first priority security interest of the Creditors in the assets of Sunrise Detox Millbury, LLC. The proffer of evidence was admitted without objection. After the presentation of evidence and the presentation of counsel, the Court announced on the record that the motion was granted.[2]

5.      On November 14, 2025, the Debtors filed the DIP Motion, seeking, in relevant part, a first-priority priming lien on all of the Debtors' assets, including their receivables, and asserting that the Creditors have adequate protection through an equity cushion. [ECF No. 265, pp. 2, 8].

6.      The Court has set the DIP Motion for hearing on November 21, 2025 (the "Hearing"). [ECF No. 268]. Under Local Rule 5005-1(F)(1), the deadline to file an objection to

---

[2] The Debtors and the Creditors are preparing the formal proposed order granting the Critical Vendor Motion to submit to the Court.

the DIP Motion is 4:30 p.m. on November 19, 2025.[3]

7. Counsel for Creditors reached out to counsel for Debtors to discuss the terms of the DIP Motion, the payment of Creditors' pre-petition claims as critical vendors, the priority of Creditors' lien on the property of Sunrise Detox Millbury LLC, and the Debtors' proposed adequate protection. Debtors' counsel has represented that at the Hearing the Debtors intend to request that the Court grant only authority to make the payment of the $150,000 due diligence fee to the prospective DIP lender, and to request a continued hearing date for the Court to consider the remaining relief requested in the DIP Motion. Creditors do not object to the payment of the due diligence payment.

8. Counsel for the Parties would like additional time to continue their negotiations in an effort to reach a resolution or, in the event a resolution cannot be agreed upon, to narrow any issues to bring before the Court in respect of the relief requested by the Debtors in the DIP Motion.

9. Accordingly, Debtors have agreed to allow Creditors additional time to object to the relief requested in the DIP Motion in accordance with the terms of the Court's *General Order Setting Page Limits and Format Requirements for Documents Filed in this Case and Setting Deadline for Written Responses to Certain Requests for Relief* [ECF No. 217] with respect to the continued hearing date that will be set after the Hearing. For clarity, the Parties seek an extension allowing Creditors to file an objection not later than 4:30 p.m. on the third business day prior to the continued hearing date.

10. Creditors reserve all rights with respect to the relief sought in the DIP Motion and to the perfected first priority lien on the property of Sunrise Detox Millbury LLC.

WHEREFORE, the Parties request the Court enter an order (1) extending the deadline for

---

[3] Because the Hearing is on an expedited motion and was set for hearing on less than 10 calendar days' notice, the deadline set in the Court's *General Order Setting Page Limits and Format Requirements for Documents Filed in this Case and Setting Deadline for Written Responses to Certain Requests for Relief* does not apply. [ECF No. 217, ¶ 2(a)].

35487126-3

Creditors to object to the relief sought in the DIP Motion to not later than 4:30 p.m. on the third business day prior to the continued hearing date, and (2) granting such further relief as the Court deems just and proper.

Dated: November 19, 2025                    Respectfully submitted,

| | |
|---|---|
| BERGER SINGERMAN LLP<br>*Local Counsel for AmerisourceBergen Drug Corporation and ASD Specialty Healthcare LLC*<br>1450 Brickell Avenue, Ste. 1900<br>Miami, FL 33131<br>Telephone: (305) 755-9500<br>Facsimile: (305) 714-4340<br><br>By: */s/ Erin M. Hoskins*<br>Paul Steven Singerman<br>Florida Bar No. 378860<br>singerman@bergersingerman.com<br>Erin M. Hoskins<br>Florida Bar No. 1003283<br>ehoskins@bergersingerman.com | SHRAIBERG PAGE P.A.<br>*Counsel for the Debtors*<br>2385 NW Executive Center Drive, Suite 300<br>Boca Raton, FL 33431<br>Tel. (561) 443-0800<br>Fax (561) 998-0047<br><br>By: */s/ Bradley S. Shraiberg*<br>Bradley S. Shraiberg<br>Florida Bar No. 121622<br>bss@slp.law<br>Eric Pendergraft<br>Florida Bar No. 91924<br>ependergraft@slp.law |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system upon all parties listed on the attached CM/ECF Service List on November 19, 2025.

By: */s/ Erin M. Hoskins*
Erin M. Hoskins

35487126-3

**CM/ECF Service List**

- **Alexandra D Blye**  ablye@carltonfields.com, kcasazza@carltonfields.com;kathompson@carltonfields.com;wpbecf@cfdom.net
- **Michael J Cristoforo**  mcristoforo@crarybuchanan.com, teresa@crarybuchanan.com
- **Jessa Irene DeGroote**  jessa.degroote@icemiller.com, susan.cogdill@icemiller.com;aaron.casagrande@icemiller.com;mason.zurek@icemiller.com;kevin.ewing@icemiller.com
- **Morgan B. Edelboim**  morgan@elrolaw.com, eservice@elrolaw.com;tisha@elrolaw.com;olivia@elrolaw.com;virginia@elrolaw.com;denissis@elbizlaw.com
- **Heidi A Feinman**  Heidi.A.Feinman@usdoj.gov
- **Angela N Grewal**  angela.grewal@arlaw.com, courtney.robinson@arlaw.com;jessica.bowers@arlaw.com;philip.navarro@arlaw.com
- **Samuel W Hess**  shess@slp.law, dwoodall@slp.law;pmouton@slp.law;shess@ecf.courtdrive.com;mortman@slp.law
- **Alan C Hochheiser**  ahochheiser@mauricewutscher.com, 8371350420@filings.docketbird.com
- **Michael S Hoffman**  mhoffman@lessnehoffman.law, mhoffman@ecf.courtdrive.com
- **Erin M Hoskins**  ehoskins@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com
- **Donald R Kirk**  dkirk@carltonfields.com, kathompson@carltonfields.com
- **Alexander Lewitt**  alex@elbizlaw.com, tisha@elrolaw.com
- **Hector E Lora**  HLora@MauriceWutscher.com, Litigation@MauriceWutscher.com
- **Mitun Mitra**  mmitra@kaminskilawpllc.com, lposwolsky@kaminskilawpllc.com
- **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov
- **Eric S Pendergraft**  ependergraft@slp.law, dwoodall@slp.law;mortman@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**  legalservices@PBCTax.com
- **Jordan L Rappaport**  office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **John D. Segaul**  john@segaul.com, melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Bradley S Shraiberg**  bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law;mortman@slp.law
- **Paul Steven Singerman**  singerman@bergersingerman.com, hmoreno@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com
- **James S Telepman**  jst@cohennorris.com

35487126-3