

**ORDERED in the Southern District of Florida on November 19, 2025.**

Erik P. Kimball
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

PRAESUM HEALTHCARE SERVICES, LLC,[1]          Case No. 25-19335-EPK
                                              (Jointly Administered)
                                              Chapter 11

       Debtors.
_____/

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO
OBJECT TO THE RELIEF SOUGHT IN EXPEDITED MOTION FOR PRIMING
POST-PETITION FINANCING FROM eCAPITOL HEALTHCARE, CORP.**

---

[1] The 28 Debtors in these jointly administered cases are: (1) Praesum Healthcare Services, LLC, Case No. 25-19335-EPK; (2) Evolve Recovery Center, LLC, Case No. 25-19336-EPK; (3) Evolve Recovery Center at Millbury LLC, Case No. 25-19340-EPK; (4) Sunrise Detox Alpharetta, LLC, Case No. 25-19343-EPK; (5) Sunrise Detox Brentwood, LLC, Case No. 25-19346-EPK; (6) Sunrise Detox Cherry Hill, LLC, Case No. 25-19348-EPK; (7) Sunrise Detox Duluth, LLC, Case No. 25-19356-EPK; (8) Sunrise Detox III, LLC, Case No. 25-19359-EPK; (9) Sunrise Detox Millbury, LLC, Case No. 25-19362-EPK; (10) Sunrise Detox Orlando, LLC, Case No. 25-19363-EPK; (11) Sunrise Detox Toms River, LLC, Case No. 25-19365-EPK; (12) The Counseling Center at Cherry Hill, LLC, Case No. 25-19366-EPK; (13) The Counseling Center at Clark, LLC, Case No. 25-19367-EPK; (14) The Counseling Center at Duluth, LLC, Case No. 25-19368-EPK; (15) The Counseling Center at Fair Lawn, LLC, Case No. 25-19337-EPK; (16) The Counseling Center at Freehold, LLC, Case No. 25-19339-EPK; (17) The Counseling Center at Middlesex, LLC, Case No. 25-19341-EPK; (18) The Counseling Center at Robbinsville, LLC, Case No. 25-19342-EPK; (19) The Counseling Center at Roswell, LLC, Case No. 25-19344-EPK; (20) The Counseling Center at Roxbury, LLC, Case No. 25-19345-EPK; (21) The Counseling Center at Brunswicks, LLC, Case No. 25-19347-EPK; (22) The Counseling Center at Toms River, LLC, Case No. 25-19349-EPK; (23) The Counseling Center at West Caldwell, LLC, Case No. 25-19351-EPK; (24) The Counseling Center at Yorktown Heights, LLC, Case No. 25-19352-EPK; (25) Beacon Point Recovery Center LLC, Case No. 25-19354-EPK; (26) Sunrise Detoxification Center, LLC, Case No. 25-19355-EPK; (27) Sunrise Detox II, LLC, Case No. 25-19357-EPK; and (28) The Counseling Center at Millbury, LLC, Case No. 25-19358-EPK.

THIS MATTER came before the Court without a hearing upon the *Joint Motion for Extension of Time to Object to the Relief Sought in Expedited Motion for Priming Post-Petition Financing from eCapitol Healthcare, Corp.* (the "Motion") [ECF No. 276] filed by creditors, AmerisourceBergen Drug Corporation and ASD Specialty Healthcare LLC collectively, the "Creditors") jointly with the Debtors in the above-captioned case.  The Court having considered the Motion and finding good cause, does

**ORDER** as follows:

1. The Motion is **GRANTED**.

2. The deadline for Creditors to object to the relief sought in the DIP Motion is not later than 4:30 p.m. on the third business day prior to the continued hearing date on the DIP Motion as set by the Court after the November 21, 2025 hearing.

# # #

Submitted by:
Erin M. Hoskins, Esq.
ehoskins@bergersingerman.com
Berger Singerman LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

*(Attorney Hoskins is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*