UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Praesum Healthcare Services, LLC,[1]            Case No. 25-19335-EPK
(Jointly Administered)

    Debtors.                                       Chapter 11
_____/

## NOTICE OF FILING BUDGET TO ACTUAL

The Debtors, by and through their undersigned counsel, hereby file the attached Budget to Actual in connection with the *Fifth Interim Order Granting, in part, on temporary basis, Expedited Motion to Authorize Debtors' Continued Use of Cash Collateral and Setting Further Hearing* [ECF No. 261].

---

[1] The 28 Debtors in these jointly administered cases are: (1) Praesum Healthcare Services, LLC, Case No. 25-19335-EPK; (2) Evolve Recovery Center, LLC, Case No. 25-19336-EPK; (3) Evolve Recovery Center at Millbury LLC, Case No. 25-19340-EPK; (4) Sunrise Detox Alpharetta, LLC, Case No. 25-19343-EPK; (5) Sunrise Detox Brentwood, LLC, Case No. 25-19346-EPK; (6) Sunrise Detox Cherry Hill, LLC, Case No. 25-19348-EPK; (7) Sunrise Detox Duluth, LLC, Case No. 25-19356-EPK; (8) Sunrise Detox III, LLC, Case No. 25-19359-EPK; (9) Sunrise Detox Millbury, LLC, Case No. 25-19362-EPK; (10) Sunrise Detox Orlando, LLC, Case No. 25-19363-EPK; (11) Sunrise Detox Toms River, LLC, Case No. 25-19365-EPK; (12) The Counseling Center at Cherry Hill, LLC, Case No. 25-19366-EPK; (13) The Counseling Center at Clark, LLC, Case No. 25-19367-EPK; (14) The Counseling Center at Duluth, LLC, Case No. 25-19368-EPK; (15) The Counseling Center at Fair Lawn, LLC, Case No. 25-19337-EPK; (16) The Counseling Center at Freehold, LLC, Case No. 25-19339-EPK; (17) The Counseling Center at Middlesex, LLC, Case No. 25-19341-EPK; (18) The Counseling Center at Robbinsville, LLC, Case No. 25-19342-EPK; (19) The Counseling Center at Roswell, LLC, Case No. 25-19344-EPK; (20) The Counseling Center at Roxbury, LLC, Case No. 25-19345-EPK; (21) The Counseling Center at Brunswicks, LLC, Case No. 25-19347-EPK; (22) The Counseling Center at Toms River, LLC, Case No. 25-19349-EPK; (23) The Counseling Center at West Caldwell, LLC, Case No. 25-19351-EPK; (24) The Counseling Center at Yorktown Heights, LLC, Case No. 25-19352-EPK; (25) Beacon Point Recovery Center LLC, Case No. 25-19354-EPK; (26) Sunrise Detoxification Center, LLC, Case No. 25-19355-EPK; (27) Sunrise Detox II, LLC, Case No. 25-19357-EPK; and (28) The Counseling Center at Millbury, LLC, Case No. 25-19358-EPK.

4901-3673-6078, v. 1

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on November 20, 2025.

          **SHRAIBERG PAGE P.A.**
          Attorney for Debtors
          2385 NW Executive Center Drive, #300
          Boca Raton, Florida 33431
          Telephone: 561-443-0800
          Facsimile: 561-998-0047
          Email: bss@slp.law
          Email: ependergraft@slp.law

    By: */s/ Bradley S. Shraiberg*
             Bradley S. Shraiberg
             Florida Bar No. 121622
             Eric Pendergraft
             Florida Bar No. 91927

**Praesum Healthcare Services, LLC,** *et al.*

**United States Bankruptcy Court**
**Southern District of Florida**
**Case No. 25-19335-EPK (JA)**
**Budget to Actual - 11/01/25 through 11/14/25**

| Description | Actual | Budget | Variance $ | Variance % |
|---|---:|---:|---:|---:|
| Cash Receipts | $ 1,887,078 | $ 2,200,000 | $ (312,922) | -14% |
| **Total Cash Receipts** | **1,887,078** | **2,200,000** | **(312,922)** | **-14%** |
| **Cash Disbursements** | | | | |
| Salaries, Wages and Benefits | 1,618,119 | 1,800,000 | (181,881) | -10% |
| 1099 Contractors | 12,685 | 250,000 | (237,315) | -95% |
| Corporate Insurance | 42,505 | 51,379 | (8,874) | -17% |
| Credit Cards | 1,500 | 6,000 | (4,500) | -75% |
| Patient Care | 283,497 | 317,333 | (33,836) | -11% |
| Rent | 342,724 | 981,953 | (639,229) | -65% |
| Janitorial | 80,000 | 90,000 | (10,000) | -11% |
| Repairs and Maintenance | 12,895 | 20,000 | (7,105) | -36% |
| Utilities | 12,627 | 30,000 | (17,373) | -58% |
| IT Cost | 43,875 | 26,809 | 17,065 | 64% |
| SBA EIDL Loans | - | - | - | 0% |
| Bank Fees | 10,466 | 100 | 10,366 | 10366% |
| Merchant Fees | 21,726 | 25,500 | (3,774) | -15% |
| Miscellaneous | 19,807 | 50,000 | (30,193) | -60% |
| Marketing | 52,600 | 264,400 | (211,800) | -80% |
| Billing | | | | |
|   Coronis | - | 150,000 | (150,000) | -100% |
|   Ensora | 100,000 | 180,000 | (80,000) | -44% |
| Critical Vendors | - | - | - | 0% |
| **Total Cash Disbursements - Operating Expenses** | **2,655,026** | **4,243,474** | **(1,588,448)** | **-37%** |
| **Restructuring Expenses** | | | | |
| Chapter 11 Professional Fees | | | | |
|   CRO/Financial Advisor | - | 15,000 | (15,000) | -100% |
|   Debtors' counsel | - | 10,000 | (10,000) | -100% |
|   Investment banker | - | 50,000 | (50,000) | -100% |
| US Trustee Fees | - | 79,333 | (79,333) | -100% |
| Other | - | - | - | 0% |
| **Total Cash Disbursements - Non-Operating Expenses** | **-** | **154,333** | **(154,333)** | **-100%** |
| **Total Cash Disbursements** | **2,655,026** | **4,397,806** | **(1,742,781)** | **-40%** |
| **Net Cash Flow** | **$ (767,948)** | **$ (2,197,806)** | **$ 1,429,858** | **-65%** |
| **Beginning Cash Balance** | $ 310,739 | $ 310,739 | $ - | 0% |
| Net Cash Flow | (767,948) | (2,197,806) | 1,429,858 | -65% |
| DIP Loan | 1,276,554 | 3,500,000 | (2,223,446) | -64% |
| DIP Fees and Expenses | (57,750) | (558,750) | 501,000 | -90% |
| **Ending Cash Balance** | **$ 761,595** | **$ 1,054,182** | **$ (292,588)** | **-28%** |

GlassRatner Advisory &
Capital Group, LLC