**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

Praesum Healthcare Services, LLC,[1]                     Case No. 25-19335-EPK

(Jointly Administered)                                    Chapter 11

      Debtors.

_____/

**MOTION TO APPROVE ALLOCATION OF SALES PROCEEDS, CARVEOUT**
**AND DISBURSEMENT OF SALES PROCEEDS TO SECURED CREDITORS**

Robert C. Furr, the duly appointed and acting chapter 11 trustee in the above captioned cases, by and through undersigned counsel, files this motion for approval from the Court to allocate the sales proceeds from the recent sale of the Debtors' assets amongst the various Debtors, approve a carveout for the benefit of certain administrative claimants from the secured creditors' collateral and to authorize disbursement of the sales proceeds to secured creditors, and in support thereof states as follows:

---

[1] The 28 Debtors in these jointly administered cases are: (1) Praesum Healthcare Services, LLC, Case No. 25-19335-EPK; (2) Evolve Recovery Center, LLC, Case No. 25-19336-EPK; (3) Evolve Recovery Center at Millbury LLC, Case No. 25-19340-EPK; (4) Sunrise Detox Alpharetta, LLC, Case No. 25-19343-EPK; (5) Sunrise Detox Brentwood, LLC, Case No. 25-19346-EPK; (6) Sunrise Detox Cherry Hill, LLC, Case No. 25-19348-EPK; (7) Sunrise Detox Duluth, LLC, Case No. 25-19356-EPK; (8) Sunrise Detox III, LLC, Case No. 25-19359-EPK; (9) Sunrise Detox Millbury, LLC, Case No. 25-19362-EPK; (10) Sunrise Detox Orlando, LLC, Case No. 25-19363-EPK; (11) Sunrise Detox Toms River, LLC, Case No. 25-19365-EPK; (12) The Counseling Center at Cherry Hill, LLC, Case No. 25-19366-EPK; (13) The Counseling Center at Clark, LLC, Case No. 25-19367-EPK; (14) The Counseling Center at Duluth, LLC, Case No. 25-19368-EPK; (15) The Counseling Center at Fair Lawn, LLC, Case No. 25-19337-EPK; (16) The Counseling Center at Freehold, LLC, Case No. 25-19339-EPK; (17) The Counseling Center at Middlesex, LLC, Case No. 25-19341-EPK; (18) The Counseling Center at Robbinsville, LLC, Case No. 25-19342-EPK; (19) The Counseling Center at Roswell, LLC, Case No. 25-19344-EPK; (20) The Counseling Center at Roxbury, LLC, Case No. 25-19345-EPK; (21) The Counseling Center at Brunswicks, LLC, Case No. 25-19347-EPK; (22) The Counseling Center at Toms River, LLC, Case No. 25-19349-EPK; (23) The Counseling Center at West Caldwell, LLC, Case No. 25-19351-EPK; (24) The Counseling Center at Yorktown Heights, LLC, Case No. 25-19352-EPK; (25) Beacon Point Recovery Center LLC, Case No. 25-19354-EPK; (26) Sunrise Detoxification Center, LLC, Case No. 25-19355-EPK; (27) Sunrise Detox II, LLC, Case No. 25-19357-EPK; and (28) The Counseling Center at Millbury, LLC, Case No. 25-19358-EPK.

1

1.      On August 13, 2025 (the "**Petition Date**"), Praesum Healthcare Services, LLC., and the other Debtors (the "**Debtors**"), in these jointly administered cases, filed voluntary Chapter 11 petitions.

2.      On September 22, 2025, the Court entered an order (Dkt. No. 118) approving the retention of Carol Fox as chief restructuring officer (the "**CRO**"), retroactive to August 21, 2025.

3.      On January 21, 2026, the Court entered an order (Dkt. No. 529) appointing Robert C. Furr as the Chapter 11 trustee for all Debtors in these jointly administered cases, and Trustee Furr is currently serving in that capacity.

4.      The Debtors operated residential, outpatient and detoxification facilities offering mental health and substance abuse treatment and employed over 750 employees until the recent sale of the Debtors' assets.

**Sale of the Debtors' Assets and Allocation of Proceeds**

5.      Pursuant to the *Order (I) Authorizing the Sale of the Debtors' Assets Free, and Clear of Liens, Claims, Interests, and Encumbrances and (II) Granting Related Relief* (Dkt. No. 516) (the "**Sale Order**"), the Court authorized the sale of substantially all assets of the Debtors to Mayfair/Mandi Group et al. for $18,500,000.00 (the "**Gross Sale Proceeds**").  The sale closed on February 18, 2026.

6.      In accordance with the requirements of the Sale Order, $4,066,281.25 of the Sales Proceeds was timely paid to GG Praesum LLC to satisfy the existing senior secured priming debtor-in-possession loan facility approved by the Court pursuant to the *Amended and Restated Second Order (I) Approving Amended and Restated Binding Term Sheet; (II) Authorizing Debtors to Incur and Enter Into Postpetition Senior Secured Priming Superpriority*

*DIP Facility on an Interim Basis; (III) Approving Sale and Certain Related Procedures; and (IV) Granting Related Relief* (Dkt. No. 500).

7. After satisfaction of the above debtor-in-possession facility, the Trustee is holding $14,433,718.75 in "**Net Sale Proceeds**", subject to secured creditor liens and further order of this Court.

8. City National Bank of Florida ("**City National**"), AmerisourceBergen Drug Corporation and ASD Specialty Healthcare LLC (collectively, "**ASD**") and the United States Small Business Administration (the "**SBA,**" and together with City National and ASD, the "**Secured Creditors**") hold valid and enforceable first priority liens against assets of certain of the Debtors.  City National's secured claim is $22,211,391, ASD's secured claim is $1,035,821 and the SBA's secured claim is $403,867. ASD was oversecured on the Petition Date, and as a result, ASD is entitled to recover interest and its attorneys' fees and costs on its claim.

9. The CRO and the Trustee have extensively analyzed multiple methodologies to allocate the sales proceeds amongst the various Debtor entities and have shared that analysis with City National, ASD and their professionals.  After extensive negotiations, the parties have agreed that the allocation of sales proceeds set forth on **Exhibit A** attached hereto is justified and appropriate.

**Negotiated Carveouts With City National and ASD**

10. The following chapter 11 professionals (the "**Professionals**") have pending applications for compensation:

   a. *First Interim Application for Compensation and Reimbursement of Expenses of Shraiberg Page, P.A. as Counsel for the Debtor* (Dkt. No. 308) seeking fees in the amount of $232,385.00 and expenses in the amount of $37,210.15 for the period from August 13, 2025 through October 31, 2025 and pursuant to which the Court awarded fees in the amount of $183,287.05 and expenses in the amount of $37,210.15 in the *Order Approving First Interim*

    *Application For Compensation and Reimbursement of Expenses of Shraiberg Page, P.A* (Dkt. No. 380);

b.   *First and Final Fee Application For Compensation and Reimbursement of Expenses of Luis Salazar, Esq., Consumer Privacy Ombudsman For the Period of December 23, 2025 Through February 13, 2026* (Dkt. No. 572), seeking fees in the amount of $26,649 and expenses in the amount of $300,30;

c.   *First Fee Application of Suzanne Richards, Patient Care Ombudsman and For Compensation Earned and Expenses Incurred For the Period: September 2, 2025 Through December 31, 2025* (Dkt. No. 424), seeking fees in the amount of $3,970.00 and pursuant to which the Court awarded fees in the amount of $3,970.00 in the *Order Approving First Fee Application of Suzanne Richards, Patient Care Ombudsman* (Dkt. No. 579);

d.   *Final Application For Compensation and Reimbursement of Expenses of Shraiberg Page P.A. as Counsel For the Debtor* (Dkt. No. 588), seeking a total of $360,075.12, comprised of $28,897.17 in costs, $282,080.00 in fees for the period from November 1, 2025 through January 14, 2026, and an unpaid holdback of $49,097.95;

e.   *First Interim Application For Compensation and Reimbursement of Expenses of Carol L. Fox and GlassRatner Advisory and Capital Group, LLC as Chief Restructuring Officer and Financial Advisor to the Debtors For the Period From August 21, 2025 Through February 19, 2026* (Dkt. No. 589), seeking fees in the amount of $1,626,951.95 and expenses in the amount of $14,840.52;

f.   *First and Final Fee Application of Sheppard, Mullin, Richter & Hampton, LLP, 327(e) Special Counsel to the Debtors* (Dkt. No. 590), seeking $88,168.50 in fees and $55.70 in expenses;

g.   *First and Final Fee Application of Amie R. Berlin, P.A., 327(e) Special Counsel to the Debtors,* seeking fees in the amount of $28,350.00 for the period from January 14, 2026 through February 12, 2026 (Dkt. No. 591);

h.   *Final Application of James Castro and Bailey & Co Securities, LLC For Allowance of Compensation For Services Rendered and For Reimbursement of Expenses as Investment Banker and Financial Advisor to the Debtors For the Period From December 2, 2025, Through and Including January 26, 2026*, seeking compensation of $806,250 and expenses of $40,923.00 (Dkt. No. 593); and

i.   *First Interim Application of Robert C. Furr, as Chapter 11 Trustee, and Furr and Cohen, P.A., Attorneys For the Chapter 11 Trustee,* seeking fees in the amount of $146,890.00 and costs in the amount of $194.84 for the period from January 20, 2026 through February 28, 2026 (Dkt. No. 669).

11.    The Trustee anticipates that an additional fee application will be filed by Suzanne Richards, as patient care ombudsman, and a fee application will be filed by Frost & Associates,

4

LLC, as special tax counsel to the Debtors.  In addition, Coronis Health I, LLC ("**Coronis**"), who provided revenue collection management services for the Debtors in accordance with the *Order Granting Motion to Approve Contracts For Revenue Cycle Services* (Dkt. No. 331), has asserted chapter 11 administrative claims of $305,985.30[2] for November 2025 collection services and $295,805.32 for December 2025 collection services.[3]

12.     City National and ASD have agreed to a carveout, with the conditions described herein, from their distributions of the sales proceeds for (a) the professionals described above in paragraphs 10, to the extent allowed by final order of the Court, (b) Coronis, and (c) a reserve for future administrative expenses and litigation (the "Reserve").   The carveouts provided for herein is conditioned upon City National and ASD receiving superpriority administrative claims such that City National and ASD will receive funds in the estate ahead of any and all other administrative claimants. The amounts of the proposed Superpriority Administrative Expense Claims for City National and ASD are as follows:

a.  City National: $1,920,059; and

b.  ASD: $239,723 unpaid secured claim plus interest at 18% per annum plus attorneys' fees and costs, all in accordance with the Credit Application and Agreement by and between ASD and Sunrise Detox Millbury, LLC, dated September 6, 2024 ("**ASD Credit Agreement**").

13.     City National and ASD have consented to the negotiated carveouts provided for herein on the condition that: (i) City National and ASD receive superpriority administrative claims pursuant to §507(b) of the Bankruptcy Code, in the amount of $1,920,059 (as to City

---

[2] The Trustee has notified Coronis that he disputes charges exceeding $240,000.00 included on Coronis' November invoice,

[3] The Trustee reserves the right to object to the chapter 11 administrative claim asserted by Coronis beyond disbursements made pursuant to any order granting this Motion.

National) and $239,723 plus interest and attorneys' fees and costs all in accordance with the ASD Credit Agreement (as to ASD), which superpriority claims shall be paid before any and all other administrative expenses pursuant to any provision of the Bankruptcy Code, including §§ 105, 326, 328, 330, 331, 503(b), 506(c), 507(a), and 546(c), (collectively, the "**Secured Superpriority Administrative Claims**") (ii) the Secured Disbursements (as defined below) to City National, ASD and the SBA, are made within three (3) days after the entry of an order granting this Motion and the relief sought herein, (iii) the Secured Disbursements are paid to City National and ASD prior to the Trustee making any disbursements to Professionals for the negotiated carveouts, and (iv) upon receipt of the negotiated carveouts set forth herein, the Professionals waive any and all claims under §506(c) of the Bankruptcy Code against City National's and ASD's collateral, and the Trustee and Debtors' estates waive and release any and all other claims against City National and ASD, including under Chapter 5 of the Bankruptcy Code (the "**Secured Waiver and Release**").

14. The proposed carveouts from City National and ASD, along with the proposed Secured Disbursements are set forth on **Exhibit B**. The specific carveouts for the Professionals are set forth on **Exhibit C**. The proposed carveouts on Exhibit C are subject to adjustment in the event that finals orders are entered authorizing and approving final fees and costs in an amount less than the proposed carveout for any of the Professionals. No payment will be made to any of the professional fee applicants from the carveout, or otherwise, until such time as an order has been entered by the Court approving the payment.

**Disbursements to City National, ASD and the SBA**

15. In addition to the carveouts described herein, the Trustee also requests authorization to disburse from the sale proceeds the amount of $9,439,600 to City National,

$838,098 to ASD and $403,866.92 to the SBA (collectively, the "**Secured Disbursements**"). These proceeds constitute the Secured Creditors' collateral.

WHEREFORE, the Trustee respectfully requests the entry of an order: (i) granting this Motion; (ii) approving the carveouts to Professionals described herein; (iii) authorizing the Secured Disbursements to City National, ASD and the SBA described herein, (iv) authorizing and approving the Secured Superpriority Administrative Claims for City National and ASD described herein, (v) approving the Secured Waiver and Release, and (vi) granting such other and further relief as this Court deems just and proper.

Dated: March 9, 2026

FURR AND COHEN, P.A.
*Attorneys for the Chapter 11 Trustee*
2255 Glades Road, Suite 419A
Boca Raton, Florida 33431
T: (561) 395-0500
F: (561) 338-7532

By: */s/ **Alvin S. Goldstein***
      Alvin S. Goldstein, Esq.
      Florida Bar No. 993621
      E-mail:  agoldstein@furrcohen.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 9, 2026, a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic mail in this case.

By:  */s/ Alvin S. Goldstein*
      Alvin S. Goldstein, Esq.

7

# EXHIBIT "A"

Exhibit A

**Praesum Healthcare Services, LLC, et al.**

**United States Bankruptcy Court - Southern District of Florida**
**Case No. 25-19335-EPK (Jointly Administered)**

| Debtor | Secured Creditor | Allocation of Net Sales Proceeds |
|---|---|---|
| Sunrise Detox Toms River | City National | $  2,218,359 |
| Evolve Recovery Center Millbury | City National | 1,538,417 |
| Beacon Point | City National | 1,489,217 |
| Sunrise Detox Orlando | City National | 1,415,418 |
| Sunrise Detox Millbury | ASD | 1,027,065 |
| Sunrise Detox Cherry Hill | City National | 927,547 |
| Sunrise Detox Brentwood | City National | 908,308 |
| Evolve Recovery Center Toms River | City National | 891,658 |
| Sunrise Detox Alpharetta | Unencumbered | 788,779 |
| Sunrise Detox Duluth | City National | 641,474 |
| The Counseling Center at Toms River, LLC | City National | 580,666 |
| The Counseling Center at Fair Lawn, LLC | Unencumbered | 434,494 |
| Sunrise Detox III | City National | 344,830 |
| Sunrise Detox II | SBA | 299,033 |
| Sunrise Detoxification Center | SBA | 171,567 |
| The Counseling Center at Freehold, LLC | Unencumbered | 166,717 |
| The Counseling Center at West Caldwell, LLC | City National | 138,578 |
| The Counseling Center at Clark, LLC | Unencumbered | 119,671 |
| The Counseling Center at Millbury, LLC | City National | 111,703 |
| The Counseling Center at Middlesex, LLC | City National | 92,006 |
| The Counseling Center at Roxbury, LLC | City National | 50,635 |
| The Counseling Center at Cherry Hill, LLC | Unencumbered | 34,585 |
| The Counseling Center at the Brunswicks, LLC | Unencumbered | 17,274 |
| The Counseling Center at Yorktown Heights, LLC | Unencumbered | 14,874 |
| The Counseling Center at Robbinsville, LLC | City National | 10,843 |
| **Total** | | **$  14,433,719** |

# EXHIBIT "B"

Exhibit B

**Praesum Healthcare Services, LLC, et al.**

**United States Bankruptcy Court - Southern District of Florida**
**Case No. 25-19335-EPK (Jointly Administered)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Summary of Net Sales Proceeds** | | | | | | |
| Creditor | Net Sales Proceeds | Agreed Carveout for Professional Fees | Net Funds Retained by the Chapter 11 Trustee | Net Payoff to Secured Creditors | Secured Debt | % Recovery |
| City National Bank of Florida | $ 11,359,659 | $ 1,920,059 | $ - | $ 9,439,600 | $ 22,211,391 | 42.50% |
| ASD/Besse | 1,027,065 | 188,967 | - | 838,098 | 1,077,821 | 77.76% |
| US Small Business Administration | 470,600 | - | 66,733 | 403,867 | 403,867 | 100.00% |
| Unencumbered | 1,576,394 | - | 1,576,394 | - | N/A | N/A |
| Total | $ 14,433,719 | $ 2,109,026 | $ 1,643,127 | $ 10,681,566 | $ 23,693,079 | 45.08% |

EXHIBIT "C"

Exhibit C

**Praesum Healthcare Services, LLC, *et al.***

**United States Bankruptcy Court - Southern District of Florida**
**Case No. 25-19335-EPK (Jointly Administered)**

**Payments to Professionals - Fee Applications Filed**

| Professional | Amount |
|---|---|
| Shraiberg Page, P.A. | $ 180,012.37 |
| GlassRatner Advisory & Capital Group, LLC | 922,359.29 |
| Furr and Cohen, P.A. | 95,673.34 |
| Bailey & Co. Securities | 564,985.50 |
| Sheppard, Mullin, Richter & Hampton LLP | 57,365.23 |
| Amie R. Berlin, P.A. | 18,427.50 |
| Cole Shotz, P.C. | 17,622.15 |
| Suzanne Richards | 2,580.50 |
| Coronis Health I, LLC | 250,000.00 |
| **Total** | **$ 2,109,025.87** |