

ORDERED in the Southern District of Florida on April 3, 2026.

**Erik P. Kimball**
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

Praesum Healthcare Services, LLC,[1]        Case No. 25-19335-EPK
(Jointly Administered)

                                            Chapter 11

Debtors.

_____ /

**ORDER GRANTING MOTION TO APPROVE ALLOCATION OF SALES PROCEEDS,**
**CARVEOUT AND DISBURSEMENT OF SALES PROCEEDS TO**
**SECURED CREDITORS**

This matter came before the Court on April 1, 2026, at 1:30 p.m. upon *Chapter 11 Trustee's*

---

[1]     The 28 debtors in these jointly administered cases are:  (1) Praesum Healthcare Services, LLC; (2) Evolve Recovery Center, LLC; (3) Evolve Recovery Center at Millbury LLC; (4) Sunrise Detox Alpharetta, LLC; (5) Sunrise Detox Brentwood, LLC; (6) Sunrise Detox Cherry Hill, LLC; (7) Sunrise Detox Duluth, LLC; (8) Sunrise Detox III, LLC; (9) Sunrise Detox Millbury, LLC; (10) Sunrise Detox Orlando, LLC; (11) Sunrise Detox Toms River, LLC; (12) The Counseling Center at Cherry Hill, LLC; (13) The Counseling Center at Clark, LLC; (14) The Counseling Center at Duluth, LLC; (15) The Counseling Center at Fair Lawn, LLC; (16) The Counseling Center at Freehold, LLC; (17) The Counseling Center at Middlesex, LLC; (18) The Counseling Center at Robbinsville, LLC; (19) The Counseling Center at Roswell, LLC; (20) The Counseling Center at Roxbury, LLC; (21) The Counseling Center at Brunswick, LLC; (22) The Counseling Center at Toms River, LLC; (23) The Counseling Center at West Caldwell, LLC; (24) The Counseling Center at Yorktown Heights, LLC; (25) Beacon Point Recovery Center LLC; (26) Sunrise Detoxification Center, LLC; (27) Sunrise Detox II, LLC; and (28) The Counseling Center at Millbury, LLC (collectively, the "**Debtors**").

4907-1627-9954.8
144150474.2

*Motion to Approve Allocation of Sales Proceeds, Carveout and Disbursement of Sales Proceeds to Secured Creditors* [Dkt. No. [ 679] (the "**Motion**"), Objection filed thereto by Creditor Funders App, LLC d/b/a Capifi Funding [Dkt No. 746], Limited Objection filed thereto by Creditor Palm Beach County Tax Collector [Dkt No. 764], Opposition to Capifi's Objection filed by City National Bank of Florida [Dkt No. 770], Notice to Withdraw Objection filed by Funders App, LLC d/b/a Capifi Funding [Dkt No. 774], Objection to Motion filed by Meged Funding Group, Wynwood Capital Group, LLC, and Diverse Capital, LLC [Dkt No. 776], Order Striking Objection of Meged Funding Group, Wynwood Capital Group, LLC, and Diverse Capital, LLC for failure to comply with Local Rule 5005-1(F) [Dkt No. 777], and Notice to Withdraw Objection filed by Palm Beach County Tax Collector [Dkt No. 780]  (the foregoing are collectively referred to as the "Objections"), and the Court, having reviewed the record in these cases, having heard statements and arguments of counsel, having determined that good and sufficient cause exists in support of relief and that no further notice or hearing is necessary, and the Court being otherwise fully advised of the premises, it is hereby

**ORDERED** as follows:

1.      To the extent that the Objections were not withdrawn, stricken or resolved by agreements announced on the record at the hearing on the Motion, they are overruled;

2.       The Motion is GRANTED as provided herein.

3.      The allocation of the Net Sale Proceeds (as defined in the Motion) among the Debtors, as set forth in Exhibit "A" to the Motion, is hereby approved. The allocation of the Net Sale Proceeds among creditors and estates, and the negotiated carveout for the benefit of certain administrative expense claimants, including (a) allowed professional fees, (b) payments to Coronis

2

Health I, LLC ("Coronis"), and (c) a reserve for future administrative expenses and litigation (the "Reserve"), as set forth in Exhibits "B" and "C" to the Motion, are hereby approved.

4.      The Trustee is authorized and directed to disburse the following amounts from the Net Sale Proceeds: $9,439,600 to City National Bank of Florida; $838,098 to ASD Specialty Healthcare LLC; and $403,866.92 to the United States Small Business Administration (collectively, the "Secured Disbursements").

5.      The Secured Disbursements shall be made within three (3) days after entry of this Order and shall be paid prior to any disbursements on account of the carveout.

6.       City National Bank of Florida and ASD Specialty Healthcare LLC are granted superpriority administrative expense claims against the estates pursuant to 11 U.S.C. § 507(b), in the amounts of $1,920,059 and $239,723 plus interest, attorneys' fees, and costs, respectively (collectively, the "Secured Superpriority Administrative Claims").

7.      The Secured Superpriority Administrative Claims shall have priority over any and all other administrative expenses of the estates pursuant to any provision of the Bankruptcy Code, including §§ 105, 326, 328, 330, 331, 503(b), 506(c), 507(a), and 546(c).

8.      Upon receipt of the carveout distributions in Exhibit "C" to the Motion, the Professionals (as defined in the Motion) and Coronis shall be deemed to have waived any claims under section 506(c) of the Bankruptcy Code against the collateral of City National Bank of Florida and ASD Specialty Healthcare LLC, and the Trustee and the estates are deemed to have released any and all claims against City National Bank of Florida and ASD Specialty Healthcare LLC, including under Chapter 5 of the Bankruptcy Code.

9.      No payments pursuant to Exhibit "C" shall be made on account of professional fees or expenses unless and until such amounts are approved by final order of the Court.

144150474.2

4

10.     The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

Submitted by:

Alvin S. Goldstein, Esq.
Furr and Cohen, P.A.
*Attorney for Trustee*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
T: (561)395-0500/F: (561)338-7532
Email: agoldstein@furrcohen.com

4

144150474.2