Holland & Knight

Nashville City Center | 511 Union Street, Suite 2700 | Nashville, Tennessee 37219 | T +1.615.244.6380 | F +1.615.244.6804
Holland & Knight LLP | www.hklaw.com

Tyler Layne
+1 615-850-8159
Tyler.Layne@hklaw.com

April 23, 2026

*Via Email*

Kimberly Ross Clayson
Taft Stettinius & Hollister LLP
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
KClayson@taftlaw.com

Re: Notice of Termination of (i) Master Services Agreement (the "**MSA**") effective October 10, 2025, by and between Coronis Health I, LLC ("**Coronis**") and Praesum Healthcare Services, LLC (the "**Debtor**") and (ii) Behavioral Health SOW #1 – Revenue Cycle Management Services (the "**SOW**" and, together with the MSA, the "**Contract**")

Dear Kimberly:

Our firm represents Mandi Care LLC (the "**Buyer**") as purchaser of the assets of the Debtor and its debtor affiliates (collectively, the "**Debtors**") in the Debtors' jointly administered chapter 11 cases currently pending in the U.S. Bankruptcy Court for the Southern District of Florida, West Palm Beach Division. This notice (the "**Notice**") is in response to your letter (the "**Letter**") dated April 14, 2026, to Robert C. Furr, Chapter 11 Trustee (the "**Trustee**") for the Debtors' estates.

Your Letter states that, per the terms of the MSA, termination of the Contract without Cause requires ninety (90) days' prior written notice. Additionally, Section 4 of the MSA allows either party to terminate the Contract for cause upon sixty (60) days' prior written notice. Your Letter also states that, as of the date thereof, Coronis had not received any written termination notice. However, in a series of emails dated March 9 and 10, 2026 (the "**Email Chain**"), Buyer notified Coronis, via Keli Beeson, of a number of material breaches by Coronis of the Contract, specifically: (i) billing certain claims as professional claims when they should have been billed on institutional claim forms, even after having been instructed by Buyer to use the proper forms; and (ii) failure to timely file claims resulting in denial of such claims, including at least 350 claims that were billed after 90 days, which is the cutoff for timely filing for most payors. Buyer subsequently identified additional examples of similar breaches, specifically: (i) 245 line items billed to Horizon NJ Health as institutional; and (ii) 7,874 line items billed over thirty days after the last date of service on the claim. On March 10, 2026, in a follow-up email on the same Email Chain, Buyer confirmed in writing to Ms. Beeson its instruction, previously given verbally via telephone, that

Coronis cease submitting any claims. A true and correct copy of this entire Email Chain is attached hereto.

The Email Chain notified Coronis, in writing, of material breaches of the Contract with particularity and reasonably sufficient information for Coronis to cure the breaches. Coronis has not done so. Additionally, the March 10 email confirming Buyer's instruction that Coronis cease submitting claims notified Coronis of Buyer's intent to terminate the Contract. Accordingly, pursuant to the terms of Section 4 of the MSA, the Contract shall terminate for cause sixty (60) days after such notice, on May 9, 2026. Should Coronis cure these breaches on or prior to May 9, 2026, then the Contract shall terminate without cause ninety (90) days following such notice, on June 8, 2026.

For the avoidance of doubt, and out of an abundance of caution, this Notice serves as an additional notice of termination of the Contract for all purposes under the terms of the Contract.

Nothing listed herein or in the Email Chain is intended to be an exhaustive list of Coronis's material breaches of the Contract, and Buyer reserves the right to supplement this Notice and to identify additional material breaches by Coronis of the Contract. Furthermore, nothing herein is intended, nor shall be construed, as a waiver of any of Buyer's rights under the Contract, under any other relevant agreements to which Buyer or the Debtors are a party, or under applicable law, and all such rights are hereby expressly reserved.

If you would like to discuss any of the above, please do not hesitate to contact me at tyler.layne@hkla.com, or by telephone at 615-850-8159.

Sincerely yours,

HOLLAND & KNIGHT LLP

Tyler N. Layne

TL:nrm
Enclosure

CC (via overnight courier and email):

Kristina Colligan
Senior Vice President of Behavioral Health
255 West Michigan Avenue
Jackson, Michigan 49201
kristina.colligan@coronishealth.com

Neda M. Ryan
Chief Legal and Corporate Affairs Officer
255 West Michigan Avenue
Jackson, Michigan 49201
legal@coronishealth.com

CC (via email):

Robert C. Furr, Chapter 11 Trustee (rfurr@furrcohen.com)

**From:** Abe
**To:** Yoelmhersko@gmail.com; benzionedelman
**Subject:** Fw: [EXTERNAL] Re: Just another example
**Date:** Tuesday, April 21, 2026 7:19:44 PM
**Attachments:** img_26f6978d-c5fc-4524-9ef8-44846e68740d.png
img_191f3210-d0f5-4d56-8e15-5398d6529d7d.png
img_71ed9434-7fd4-4086-94d2-9fc7a52b4742.png
img_08dca95c-b162-420b-b3df-82e641734066.png

---

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Abe <Abe@Praesumhealthcare.com>
**Sent:** Tuesday, April 21, 2026 2:59:01 PM
**To:** Yitzy <Yitzy@Praesumhealthcare.com>; Izzy <Izzy@Praesumhealthcare.com>; Joel <Joel@Praesumhealthcare.com>
**Subject:** Fw: [EXTERNAL] Re: Just another example

---

**From:** Abe <Abe@Praesumhealthcare.com>
**Sent:** Tuesday, March 10, 2026 2:04 PM
**To:** Keli Beeson <kbeeson@coronishealth.com>
**Cc:** Yitzy <Yitzy@Praesumhealthcare.com>; Andrew Bleier <ABleier@Praesumhealthcare.com>
**Subject:** Re: [EXTERNAL] Re: Just another example

Appreciate that.

I noticed your team is still entering claims into CollaborateMD, just confirming we instructed you yesterday on our call not to submit any claims.

Thank you.

Abe

---

**From:** Keli Beeson <kbeeson@coronishealth.com>
**Sent:** Tuesday, March 10, 2026 10:57 AM
**To:** Abe <Abe@Praesumhealthcare.com>
**Cc:** Yitzy <Yitzy@Praesumhealthcare.com>; Andrew Bleier <ABleier@Praesumhealthcare.com>
**Subject:** [EXTERNAL] Re: Just another example

Abe, We take your concerns seriously and am reviewing this further with our team. I will also upload these examples to our Executive team for further review.

**Keli Beeson**
Vice President Client Success
255 W Michigan Ave Jackson, MI 49201
561-463-8068
CoronisHealth.com

**From:** Abe <Abe@Praesumhealthcare.com>
**Sent:** Monday, March 9, 2026 7:47 PM
**To:** Keli Beeson <kbeeson@coronishealth.com>
**Cc:** Yitzy <Yitzy@praesumhealthcare.com>; Andrew Bleier <ABleier@Praesumhealthcare.com>
**Subject:** [CAUTION - External] Re: Just another example

**"CAUTION: This email originated from outside of Coronis Health. DO NOT click on links or open attachments unless you were expecting the email, recognize the sender, and know the content is safe."**

---

Additional examples:

245 line items still billed to Horizon NJ Health as institutional.

7,874(!!!) line items were billed over 30 days after the last date of service on the claim.

The examples are endless with claims not being followed up on, postings not being done.

---

**From:** Abe <Abe@Praesumhealthcare.com>
**Sent:** Monday, March 9, 2026 7:28 PM
**To:** Keli Beeson <kbeeson@coronishealth.com>
**Cc:** Yitzy <Yitzy@Praesumhealthcare.com>; Andrew Bleier <ABleier@Praesumhealthcare.com>
**Subject:** Just another example

Hi Keli,

Just another example of the losses caused to us by Coronis.

Patient Name: Manuel V at TCC Fair Lawn

These claims were billed as professional claims when they should have been billed on institutional claim forms. These errors were made March 5th after we have instructed your team multiple times to get the claims form right and after we were told that you cured everything on that end.

That's in addition to the fact that these claims were denied for timely which should have been noticed earlier although admittedly they were during the transition period.

We also have identified at least 350 claims that have been billed after 90 days, which with many payers is the cutoff for timely filing.

Respectfully,

Abe

CONFIDENTIALITY NOTICE: This email communication (and any attachments) is intended only for the use by the addressee(s) named and may contain legally privileged and/or confidential information that is exempt from disclosure under applicable law. If you are not the intended recipient of this email, any dissemination, distribution, or copying of this email (and any attachments) is strictly prohibited. If you have received this communication in error, please immediately notify me by email at the address shown and permanently delete all copies of this email. Thank you for your compliance.