**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:

Praesum Healthcare Services, LLC[1],

Debtor.
_______________________________/

Case No. 25-19335-EPK
Chapter 11 (Jointly Administered)

**AGREED MOTION TO CONTINUE HEARING ON APPLICATION FOR ADMINISTRATIVE EXPENSES CLAIM FILED BY CORONIS HEALTH I, LLC**

***(Relief Without Hearing Requested)***

ROBERT C. FURR, Chapter 11 Trustee (the "Trustee") for PRAESUM HEALTHCARE SERVICES, LLC (the "Debtor"), by and through undersigned counsel, files this *Agreed Motion to Continue Hearing on Application for Administrative Expenses Claim filed by Coronis Health I, LLC* (the "Motion"), and in support thereof, states as follows:

1. On September 8, 2026, Creditor Coronis Health I, LLC ("Coronis") filed its *Application of Coronis Health I, LLC for Allowance and Payment of Administrative Expenses*

---

[1] The 28 Debtors in these jointly administered cases are: (1) Praesum Healthcare Services, LLC, Case No. 25-19335-EPK; (2) Evolve Recovery Center, LLC, Case No. 25-19336-EPK; (3) Evolve Recovery Center at Millbury LLC, Case No. 25-19340-EPK; (4) Sunrise Detox Alpharetta, LLC, Case No. 25-19343-EPK; (5) Sunrise Detox Brentwood, LLC, Case No. 25-19346-EPK; (6) Sunrise Detox Cherry Hill, LLC, Case No. 25-19348-EPK; (7) Sunrise Detox Duluth, LLC, Case No. 25-19356-EPK; (8) Sunrise Detox III, LLC, Case No. 25-19359-EPK; (9) Sunrise Detox Millbury, LLC, Case No. 25-19362-EPK; (10) Sunrise Detox Orlando, LLC, Case No. 25-19363-EPK; (11) Sunrise Detox Toms River, LLC, Case No. 25-19365-EPK; (12) The Counseling Center at Cherry Hill, LLC, Case No. 25-19366-EPK; (13) The Counseling Center at Clark, LLC, Case No. 25-19367-EPK; (14) The Counseling Center at Duluth, LLC, Case No. 25-19368-EPK; (15) The Counseling Center at Fair Lawn, LLC, Case No. 25-19337-EPK; (16) The Counseling Center at Freehold, LLC, Case No. 25-19339-EPK; (17) The Counseling Center at Middlesex, LLC, Case No. 25-19341-EPK; (18) The Counseling Center at Robbinsville, LLC, Case No. 25-19342-EPK; (19) The Counseling Center at Roswell, LLC, Case No. 25-19344-EPK; (20) The Counseling Center at Roxbury, LLC, Case No. 25-19345-EPK; (21) The Counseling Center at Brunswicks, LLC, Case No. 25-19347-EPK; (22) The Counseling Center at Toms River, LLC, Case No. 25-19349-EPK; (23) The Counseling Center at West Caldwell, LLC, Case No. 25-19351-EPK; (24) The Counseling Center at Yorktown Heights, LLC, Case No. 25-19352-EPK; (25) Beacon Point Recovery Center LLC, Case No. 25-19354-EPK; (26) Sunrise Detoxification Center, LLC, Case No. 25-19355-EPK; (27) Sunrise Detox II, LLC, Case No. 25-19357-EPK; and (28) The Counseling Center at Millbury, LLC, Case No. 25-19358-EPK.

*Claim* (Dkt. No. 1212) (the "Application").

2. A hearing on the Application was scheduled for Wednesday, September 30, 2026, at 1:30 p.m. (Notice of Hearing - Dkt. No. 1213).

3. On September 23, 2026, Interested Party Mandi Care, LLC ("Mandi Care") filed its *Objection* to the Application (Dkt. No. 1222) (the "Objection").

4. On September 25, 2026, the Trustee filed an *Agreed Motion to Continue Hearing* and the hearing was continued by Order (Dkt. No. 1224) to November 4, 2026, at 1:30 p.m. (the "Hearing").

5. The Trustee, counsel for Coronis and counsel for Mandi Care (collectively, the "Parties") would like an additional of thirty (30) days to continue negotiations to potentially resolve the matter.

**6.** The Parties have agreed to continue the Hearing to **Wednesday, December 9, 2026, at 1:30 p.m.**

7. No party will be prejudiced by this requested continuance.

8. A proposed Order is attached as Exhibit "A".

**WHEREFORE,** Robert C. Furr, Chapter 11 Trustee, respectfully requests that this Court (i) grant this Motion; (ii) continue the Hearing until December 9, 2026, at 1:30 p.m.; and (iii) for such other and further relief as the Court deems just and proper.

Dated: November 3, 2026.

GRAYROBINSON, P.A.
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
Telephone: (561) 368-3808
Facsimile: (561) 368-4008
E-Mail: alvin.goldstein@gray-robinson.com

By: */s/ Alvin S. Goldstein*
Alvin S. Goldstein, Esq.
Florida Bar No. 993621

**CERTIFICATE OF SERVICE**

I certify that on November 3, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which caused it to be served electronically on the following parties:

Joaquin J Alemany on behalf of Creditor The Mayfair Group
joaquin.alemany@hklaw.com, HAPI@HKLAW.COM

Richard J Bernard, Esq. on behalf of Financial Advisor Bailey & Co. Securities, LLC
richard.bernard@faegredrinker.com, cathy.greer@faegredrinker.com

Richard J Bernard, Esq. on behalf of Financial Advisor James Castro
richard.bernard@faegredrinker.com, cathy.greer@faegredrinker.com

Jake S Blumstein on behalf of Interested Party Richard Catena
jsb@trippscott.com

Alexandra D Blye on behalf of Creditor City National Bank of Florida
ablye@carltonfields.com,
kcasazza@carltonfields.com;kathompson@carltonfields.com;wpbecf@cfdom.net

Noel R Boeke, Esq on behalf of Creditor The Mayfair Group
noel.boeke@hklaw.com, danielle.decker@hklaw.com;hapi@hklaw.com

Noel R Boeke, Esq on behalf of Other Professional The Mayfair Group
noel.boeke@hklaw.com, danielle.decker@hklaw.com;hapi@hklaw.com

John M Brennan, Jr on behalf of Creditor Funders App, LLC d/b/a Capifi Funding
jack.brennan@gray-robinson.com, 2897605420@filings.docketbird.com

Michael J Cristoforo on behalf of Creditor Plantation Medical Office 18, LLC d/b/a Lake Worth Corporate Center
mcristoforo@crarybuchanan.com, teresa@crarybuchanan.com

Jessa Irene DeGroote on behalf of Creditor AC HSS Office Venture I, LLC
jessa.degroote@icemiller.com,
susan.cogdill@icemiller.com;aaron.casagrande@icemiller.com;mason.zurek@icemiller.com;kevin.ewing@icemiller.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Carol Lynn Fox on behalf of Financial Advisor Carol Fox
cfox@glassratner.com, cclf11@trustesolutions.net

Robert C Furr
trustee@furrtrustee.com, rcf@trustesolutions.net

Robert C Furr, Esq on behalf of Trustee Robert C Furr
Robert.Furr@gray-robinson.com, robert.furr@gray-robinson.com;sheree.hurayt@gray-robinson.com;susan.massinger@gray-robinson.com

Alvin S. Goldstein, Esq on behalf of Trustee Robert C Furr
agoldstein@furrcohen.com, alvin.goldstein@gray-robinson.com;sheree.hurayt@gray-robinson.com;susan.massinger@gray-robinson.com

Eric Goldstein on behalf of Creditor UMR, Inc.
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Hunter James Grasso on behalf of Trustee Robert C Furr
hgrasso@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.courtdrive.com;fsellers@bergersingerman.com

Angela N Grewal on behalf of Creditor Therapy Brands Holdings LLC, d/b/a Ensora Health
angela.grewal@arlaw.com,
ari.martinez@arlaw.com;jessica.bowers@arlaw.com;philip.navarro@arlaw.com

Angela N Grewal on behalf of Special Counsel R. Braden Copeland
angela.grewal@arlaw.com,
ari.martinez@arlaw.com;jessica.bowers@arlaw.com;philip.navarro@arlaw.com

Alan C Hochheiser on behalf of Creditor Funders App, LLC d/b/a Capifi Funding
ahochheiser@mauricewutscher.com, 8371350420@filings.docketbird.com

Michael S Hoffman on behalf of Creditor Nicholas Professional Center, LLC
mhoffman@lessnehoffman.law, mhoffman@ecf.courtdrive.com;lnegron@lessnehoffman.law

Michael S Hoffman on behalf of Creditor SCCH Realty, LLC
mhoffman@lessnehoffman.law, mhoffman@ecf.courtdrive.com;lnegron@lessnehoffman.law

Erin M Hoskins on behalf of Creditor ASD Specialty Healthcare LLC
ehoskins@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.courtdrive.com;hmoreno@bergersingerman.com

Erin M Hoskins on behalf of Creditor AmerisourceBergen Drug Corporation
ehoskins@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.courtdrive.com;hmoreno@bergersingerman.com

Craig I Kelley on behalf of Creditor Erik Malik Taylor
craig@kelleylawoffice.com,
bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.co
m

Donald R Kirk, Esq on behalf of Creditor City National Bank of Florida
dkirk@carltonfields.com, kathompson@carltonfields.com

Alexander Lewitt on behalf of Creditor Instafunding UT, LLC
alex@elbizlaw.com, tisha@elbizlaw.com;virginia@elbizlaw.com;denissis@elbizlaw.com

Brian K. McMahon, Esq. on behalf of Creditor Tak Realty & Investments, LLC
briankmcmahon@gmail.com

Mitun Mitra on behalf of Interested Party Diverse Capital, LLC
MMitra@GendlerLawyers.com, TSchleter@GendlerLawyers.com

Mitun Mitra on behalf of Interested Party Meged Funding Group
MMitra@GendlerLawyers.com, TSchleter@GendlerLawyers.com

Mitun Mitra on behalf of Interested Party Wynwood Capital Group LLC
MMitra@GendlerLawyers.com, TSchleter@GendlerLawyers.com

Emily F O'Leary on behalf of Interested Party eCapital Healthcare Corp.
eoleary@foley.com, bshelley@foley.com;robyn.riddell@foley.com;emily-horner-2495@ecf.pacerpro.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Joseph A Pack on behalf of Other Professional GlassRatner Advisory & Capital Group LLC
Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Hampton Peterson, Esq on behalf of Creditor Palm Beach County Tax Collector
legalservices@PBCTax.com

Danielle Shure Ploshnick on behalf of Creditor UMR, Inc.
danielle.ploshnick@mhllp.com, marcia.lamarque@mhllp.com

Jordan L Rappaport, Esq on behalf of Creditor Frontgate Property Management, LLC
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Alan B Rose, Esq on behalf of Creditor Coronis Health I, LLC
alan.rose@taftlaw.com, mchandler@mrachek-law.com

John D. Segaul on behalf of Creditor North Point Park Offices LLC by Virtue Investment Group LLC
john@segaul.com, melissa@segaul.com;segaullawfirmpa@jubileebk.net

Bradley S Shraiberg on behalf of Attorney Bradley Shraiberg
bss@slp.law,
dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law;mortman@slp.law

Eric J Silver on behalf of Interested Party GG Praesum, LLC
esilver@stearnsweaver.com,
jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

Paul Steven Singerman, Esq on behalf of Creditor ASD Specialty Healthcare LLC
singerman@bergersingerman.com,
hmoreno@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com

Paul Steven Singerman, Esq on behalf of Creditor AmerisourceBergen Drug Corporation
singerman@bergersingerman.com,
hmoreno@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com

Paul Steven Singerman, Esq on behalf of Trustee Robert C Furr
singerman@bergersingerman.com,
hmoreno@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com

Jaitegh Singh on behalf of Creditor 141 Detox Investments, LLC
jsingh@singhfirm.com, pacer@singhfirm.com

Jaitegh Singh on behalf of Creditor 53rd Street Detox Investments, LLC
jsingh@singhfirm.com, pacer@singhfirm.com

Jaitegh Singh on behalf of Creditor Alpharetta Detox Investments, LLC
jsingh@singhfirm.com, pacer@singhfirm.com

Jaitegh Singh on behalf of Creditor Duluth Owner, LLC
jsingh@singhfirm.com, pacer@singhfirm.com

Jaitegh Singh on behalf of Creditor Fair Lawn CC Investments, LLC
jsingh@singhfirm.com, pacer@singhfirm.com

Jaitegh Singh on behalf of Creditor Grand Slam Two, LLC
jsingh@singhfirm.com, pacer@singhfirm.com

Jaitegh Singh on behalf of Creditor North Main Owner, LLC
jsingh@singhfirm.com, pacer@singhfirm.com

Jaitegh Singh on behalf of Creditor Sand Lake Detox Investments, LLC
jsingh@singhfirm.com, pacer@singhfirm.com

Jaitegh Singh on behalf of Creditor Toms River Development, LLC
jsingh@singhfirm.com, pacer@singhfirm.com

Jaitegh Singh on behalf of Interested Party Evolve Owner, LLC
jsingh@singhfirm.com, pacer@singhfirm.com

Jaitegh Singh on behalf of Interested Party Long Hill Road Investments, LLC
jsingh@singhfirm.com, pacer@singhfirm.com

Jaitegh Singh on behalf of Interested Party Toms River Detox Investments, LLC
jsingh@singhfirm.com, pacer@singhfirm.com

David R Softness on behalf of Creditor Heathland Hospitality Group
david@softnesslaw.com

Christian Somodevilla on behalf of Creditor United States of America, U.S. Small Business Administration
Christian.Somodevilla@usdoj.gov, shannon.patterson@usdoj.gov;bridgett.moore@usdoj.gov

Niki M Sturm on behalf of Interested Party Diverse Capital, LLC
nsturm@kaminskilawpllc.com

Niki M Sturm on behalf of Interested Party Meged Funding Group
nsturm@kaminskilawpllc.com

Niki M Sturm on behalf of Interested Party Wynwood Capital Group LLC
nsturm@kaminskilawpllc.com

James S Telepman on behalf of Creditor AW Vanguard LLC
jst@cohennorris.com

Stephanie R Traband on behalf of Creditor 141 Detox Investments, LLC
straband@mccarter.com, chfernandez@mccarter.com

Stephanie R Traband on behalf of Creditor 53rd Street Detox Investments, LLC
straband@mccarter.com, chfernandez@mccarter.com

Stephanie R Traband on behalf of Creditor Alpharetta Detox Investments, LLC
straband@mccarter.com, chfernandez@mccarter.com

Stephanie R Traband on behalf of Creditor Duluth Owner, LLC
straband@mccarter.com, chfernandez@mccarter.com

Stephanie R Traband on behalf of Creditor Fair Lawn CC Investments, LLC
straband@mccarter.com, chfernandez@mccarter.com

Stephanie R Traband on behalf of Creditor Grand Slam Two, LLC
straband@mccarter.com, chfernandez@mccarter.com

Stephanie R Traband on behalf of Creditor North Main Owner, LLC
straband@mccarter.com, chfernandez@mccarter.com

Stephanie R Traband on behalf of Creditor Sand Lake Detox Investments, LLC
straband@mccarter.com, chfernandez@mccarter.com

Stephanie R Traband on behalf of Creditor Toms River Development, LLC
straband@mccarter.com, chfernandez@mccarter.com

Stephanie R Traband on behalf of Interested Party Evolve Owner, LLC
straband@mccarter.com, chfernandez@mccarter.com

Stephanie R Traband on behalf of Interested Party Long Hill Road Investments, LLC
straband@mccarter.com, chfernandez@mccarter.com

Stephanie R Traband on behalf of Interested Party Toms River Detox Investments, LLC
straband@mccarter.com, chfernandez@mccarter.com

Agnieszka Monika Yenke on behalf of Creditor Instafunding UT, LLC
Monique@ayenkelawpllc.com

Thomas G Zeichman on behalf of Interested Party Timothy Doran
tom@zeichmanlaw.com,
g67999@notify.cincompass.com;zeichman.thomasb@notify.bestcase.com

I further certify that on November 3, 2026, I served a copy of the foregoing document by U.S. Mail on the parties listed on the attached mailing matrix.

Dated: November 3, 2026.

GRAYROBINSON, P.A.
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
Telephone: (561) 368-3808
Facsimile: (561) 368-4008
E-Mail: alvin.goldstein@gray-robinson.com

By: */s/ Alvin S. Goldstein*
Alvin S. Goldstein, Esq.
Florida Bar No. 993621

# EXHIBIT "A"

# PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:
Praesum Healthcare Services, LLC[1],

Case No. 25-19335-EPK
Chapter 11 (Jointly Administered)

Debtor.
_________________________________/

**ORDER GRANTING**
**AGREED MOTION TO CONTINUE HEARING ON APPLICATION FOR**
**ADMINISTRATIVE EXPENSES CLAIM FILED BY CORONIS HEALTH I, LLC**
***(Hearing Continued to Wednesday, December 9, 2026 at 1:30 p.m.)***

1 The 28 Debtors in these jointly administered cases are: (1) Praesum Healthcare Services, LLC, Case No. 25-19335-EPK; (2) Evolve Recovery Center, LLC, Case No. 25-19336-EPK; (3) Evolve Recovery Center at Millbury LLC, Case No. 25-19340-EPK; (4) Sunrise Detox Alpharetta, LLC, Case No. 25-19343-EPK; (5) Sunrise Detox Brentwood, LLC, Case No. 25-19346-EPK; (6) Sunrise Detox Cherry Hill, LLC, Case No. 25-19348-EPK; (7) Sunrise Detox Duluth, LLC, Case No. 25-19356-EPK; (8) Sunrise Detox III, LLC, Case No. 25-19359-EPK; (9) Sunrise Detox Millbury, LLC, Case No. 25-19362-EPK; (10) Sunrise Detox Orlando, LLC, Case No. 25-19363-EPK; (11) Sunrise Detox Toms River, LLC, Case No. 25-19365-EPK; (12) The Counseling Center at Cherry Hill, LLC, Case No. 25-19366-EPK; (13) The Counseling Center at Clark, LLC, Case No. 25-19367-EPK; (14) The Counseling Center at Duluth, LLC, Case No. 25-19368-EPK; (15) The Counseling Center at Fair Lawn, LLC, Case No. 25-19337-EPK; (16) The Counseling Center at Freehold, LLC, Case No. 25-19339-EPK; (17) The Counseling Center at Middlesex, LLC, Case No. 25-19341-EPK; (18) The Counseling Center at Robbinsville, LLC, Case No. 25-19342-EPK; (19) The Counseling Center at Roswell, LLC, Case No. 25-19344-EPK; (20) The Counseling Center at Roxbury, LLC, Case No. 25-19345-EPK; (21) The Counseling Center at Brunswicks, LLC, Case No. 25-19347-EPK; (22) The Counseling Center at Toms River, LLC, Case No. 25-19349-EPK; (23) The Counseling Center at West Caldwell, LLC, Case No. 25-19351-EPK; (24) The Counseling Center at Yorktown Heights, LLC, Case No. 25-19352-EPK; (25) Beacon Point Recovery Center LLC, Case No. 25-19354-EPK; (26) Sunrise Detoxification Center, LLC, Case No. 25-19355-EPK; (27) Sunrise Detox II, LLC, Case No. 25-19357-EPK; and (28) The Counseling Center at Millbury, LLC, Case No. 25-19358-EPK.

THIS MATTER came before the Court, without hearing, upon the Chapter 11 Trustee's *Agreed Motion to Continue Hearing on Application for Administrative Expenses Claim filed by Coronis Health I, LLC* (Dkt. No. XX) (the "Motion").

The Court, having reviewed the Motion, and noting the agreement of the Chapter 11 Trustee, counsel for Coronis Health I, LLC, and counsel for Mandi Care, LLC, finds that good cause exists to grant the Motion.

**IT IS THEREFORE ORDERED:**

1. The Motion (Dkt. No. XX) is **GRANTED.**

2. The hearing on the *Application for Administrative Expenses Claim filed by Coronis Health I, LLC* (Dkt. No. XX) is **CONTINUED**.

3. The continued hearing will be conducted on ***Wednesday, December 9, 2026, at 1:30 p.m. at the Flagler Waterview Building, 1515 N. Flagler Drive, Courtroom B, West Palm Beach, FL 33401.***

4. Please refer to Judge Kimball's webpage for instructions on remote appearances at: ***https://www.flsb.uscourts.gov/judges/judge-erik-p-kimball.***

# # #

Submitted by:
Alvin S. Goldstein, Esq.
Florida Bar No. 993621
GrayRobinson, P.A.
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
Telephone: (561) 368-3808
Facsimile: (561) 368-4008
Email: alvin.goldstein@gray-robinson.com

*Alvin S. Goldstein, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 9036-2.*